# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** MELISSA MARTIN McBEATH
County of Residence: Pima
County Where Claim For Relief Arose: Pima

**Defendant(s):** TUCSON TAMALE COMPANY
County of Residence: Pima

**Plaintiff's Atty(s):**
MELISSA MARTIN McBEATH
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona  85716

**Defendant's Atty(s):**
ROBERTO C. GARCIA
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona  85711
(520) 790-5433

TRAVIS L. TUFTS
Farhang & Medcoff
4801 E. Broadway Blvd., Suite 311
Tucson, Arizona  85711
(520) 790-5433

---

**II. Basis of Jurisdiction:**  3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:- N/A
Defendant:- N/A

**IV. Origin:**  1. Original Proceeding

**V. Nature of Suit:**  442 Employment

**VI. Cause of Action:**  Age Discrimination in Employment Act (29 U.S.C § 621 et seq)

**VII. Requested in Complaint**
Class Action: No
Dollar Demand: 150,000

Jury Demand: **Yes**

**VIII. This case is not related** to another case.

---

## Signature: <u>Melissa Martin McBeath</u>

### Date: <u>7/11/2016</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014