AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
RECEIVED ___ COPY

JUL 1 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | )
|---|---|
| MELISSA MARTIN McBEATH | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV 16-0462 TUC — BPV |
| | ) |
| TUCSON TAMALE COMPANY | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TUCSON TAMALE COMPANY
> 2550 N. DRAGOON ST. - SUITE 120
> TUCSON, AZ 85745

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MELISSA MARTIN McBEATH
> 3463 E. TERRA ALTA BLVD.
> TUCSON, AZ 85716

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*