1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6                  FOR THE DISTRICT OF ARIZONA

7

8   Melissa Martin McBeath,                    No. CV-16-462-TUC-BPV

9                    Plaintiff,                 **ORDER**

10  v.

11  Tucson Tamale Company,

12                   Defendant.

13

14          Presently pending before this Court is Plaintiff's Application to Proceed in District

15  Court Without Prepaying Fees or Costs  (Doc. 2).  Upon review of Plaintiff's Motion, IT

16  IS ORDERED pursuant to 28 U.S.C. §1915 and LRCiv 3.3, Rules of Practice of the U.S.

17  District Court for the District of Arizona, that Plaintiff's Motion to Proceed *In Forma*

18  *Pauperis* (Doc. 2) is GRANTED.

19          Dated this 13th day of July, 2016.

20

21  .

22

23

24  _____
                 Bernardo P. Velasco
25               United States Magistrate Judge

26

27

28