# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Tamale Company,<br><br>    Defendant. | No. CV-16-00462-TUC-BPV<br><br>**ORDER** |

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 5) in this case only. Within five business days of the date that this Order is filed, Plaintiff is required to register as a user with the Clerk's Office and to register as a subscriber to PACER (Public Access to Electronic Records).  Plaintiff is also required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual[1], have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, and be able to electronically transmit documents to the Court in .pdf, and comply with the privacy policy of the Judicial Conference of the United

---

[1] The Manual is available through the Court's Website at:

http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf

States and the E-Government Act of 2002.

Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to Plaintiff.

Plaintiff is also advised that *pro se* parties are required to comply with all federal and local rules.  Additionally, pursuant to LRCiv 83.3(d), of the Rules of Practice of the U.S. District Court for the District of Arizona, Plaintiff must continue to keep the Court apprised of her current mailing address and must file a notice of change of address no later than fourteen (14) days before the effective date of the change.

Dated this 20th day of July, 2016.

_____
Bernardo P. Velasco
United States Magistrate Judge

- 2 -