| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MELISSA MCBEATH<br>3463 E. TERRA ALTA<br>TUCSON, AZ 85716<br>*Telephone No:* (520) 449-9753<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATED DISTRICT COURT DISTRICT OF ARIZONA

*Plaintiff:* MELISSA MARTIN MCBEATH
*Defendant:* TUCSON TAMALE COMPANY

| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV16-0462TUC |
|---|---|---|---|---|

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; DEMAND FOR JURY TRIAL

3. a. Party served:         TUCSON TAMALE COMPANY
   b. Person served:       CATHY VALENZUELA, OFFICE MANAGER, White, Female, 35 Years Old, Brown Hair, Brown Eyes, 5 Feet 6 Inches, 130 Pounds, Glasses

4. Address where the party was served:   2550 N. DRAGOON ST. STE 120
   TUCSON, AZ 85745

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 15, 2016 at: 3:40PM by leaving the copies with or in the presence of:
   CATHY VALENZUELA, OFFICE MANAGER
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.

   Service: $110.00, Mileage: $24.00, Notary: $10.00, Wait: $.00, Fees Advanced: $.00, Total: $144.00

   a. Daniel R Ronnie
   b. **First Legal Network - Tucson**
      Registered in Pima County
      10 E. Broadway Blvd. Suite 105
      TUCSON, AZ 85701
   c.

   I Declare under penalty of perjury under the laws of the State of ARIZONA that the foregoing is true and correct.

   7.18.16
   (Date)                           (Signature)

8. STATE OF ARIZONA, COUNTY OF ___Pima___
   Subscribed and sworn to (or affirmed) before me on this ___18___ day of ___July___ by Daniel R Ronnie proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   AFFIDAVIT OF SERVICE                       (Notary Signature)
                                              113277    .melmcb.823046