FARHANG & MEDCOFF
4801 E. Broadway Blvd., Ste. 311
Tucson, AZ 85711
TELEPHONE 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tucson Tamale Company,<br><br>　　　　Defendant. | NO. 4:16-cv-00462-BPV<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY REQUESTS TO PLAINTIFF**<br><br>Assigned to Bernando P. Velasco |

　　　　Defendant Tucson Tamale Company, by and through undersigned counsel and pursuant to L. R. Civ. P. 5.2, hereby gives notice of service of Defendant's First Set of Interrogatories, Requests for Admission, and Requests for Production upon Plaintiff Melissa Martin McBeath this date via First-Class U.S. mail, postage prepaid, addressed as follows:

　　　　　　　　Melissa Martin McBeath
　　　　　　　　3463 E. Terra Alta Blvd.
　　　　　　　　Tucson, AZ 85716

/ / /

/ / /

/ / /

/ / /

/ / /

1   DATED this 9th day of August 2016.

2                                          FARHANG & MEDCOFF

4                                          By /s/Travis L. Tufts
5                                              Ali J. Farhang
                                               Roberto C. Garcia
                                               Travis L. Tufts

7                                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 9th day of August 2016 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/Letitia L. Wright

00278560.1

- 2 -