FARHANG & MEDCOFF
4801 E. Broadway Blvd., Ste. 311
Tucson, AZ 85711
TELEPHONE 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Tucson Tamale Company,<br><br>　　　　　　Defendant. | NO. 4:16-cv-00462-BPV<br><br>**NOTICE OF SERVICE OF TUCSON TAMALE COMPANY'S INITIAL DISCLOSURE STATEMENT**<br><br>Assigned to Bernando P. Velasco |

Defendant Tucson Tamale Company, by and through undersigned counsel, hereby gives notice of service of *Tucson Tamale Company's Rule 26(a) Initial Disclosure Statement* upon the Plaintiff this date via U.S. mail postage prepaid, addressed as follows:

　　　　　　Melissa Martin McBeath
　　　　　　3463 E. Terra Alta Blvd.
　　　　　　Tucson, AZ 85716

DATED this 16th day of August 2016.

　　　　　　　　　　　　FARHANG & MEDCOFF

　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　Ali J. Farhang
　　　　　　　　　　　　　　Roberto C. Garcia
　　　　　　　　　　　　　　Travis L. Tufts

　　　　　　　　　　　　Attorneys for Defendant

00278707.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 16th day of August 2016 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/Letitia L. Wright

00278707.1