**FARHANG & MEDCOFF**
4801 E. Broadway Blvd., Ste. 311
Tucson, AZ 85711
TELEPHONE 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>             Plaintiff,<br><br>      v.<br><br>Tucson Tamale Company,<br><br>             Defendant. | NO. 4:16-cv-00462-BPV<br><br>**NOTICE OF FILING AMENDED ANSWER**<br><br>Assigned to Bernando P. Velasco |

Defendant Tucson Tamale Company ("TTC"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 15(a)(1) and Local Rule 15(b), hereby gives notice that on this date it filed its Amended Answer. Attached as Exhibit 1 is a copy of the Amended Answer indicating in what respect it differs from the Answer.

DATED this 17th day of August 2016.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
   Ali J. Farhang
   Roberto C. Garcia
   Travis L. Tufts

Attorneys for Defendant

00280762.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 17th day of August, 2016 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/Letitia L. Wright

00280762.1