MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph: (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, | Case No. 4:16-cv-0462-BPV |
| Plaintiff, | **MELISSA MARTIN McBEATH DECLARATION IN SUPPORT OF THE MOTION FOR LEAVE TO AMEND THE COMPLAINT** |
| v. | |
| TUCSON TAMALE COMPANY, an Arizona corporation, | [Fed. R. Civ. P. 15(a)] |
| Defendant. | Assigned to Hon. Bernardo P. Velasco |
| | Complaint filed: July 11, 2016 |

10255.1

1  I, MELISSA MARTIN McBEATH, declare:

2      1. I am the Plaintiff in this action. This declaration is submitted in
3  support of Melissa Martin McBeath's Motion For Leave to Amend the Complaint.
4  I have personal, first-hand knowledge of all matters stated herein and, if called to
5  testify as to these matters, I could and would do so competently.

6      2. On December 9, 2016, I sent copy of the proposed First Amended
7  Complaint to Travis Tufts, counsel for Tucson Tamale Company (*"TTC"*). I asked
8  him if he would stipulate to filing the complaint to avoid burdening the court
9  with this motion. Mr. Tufts declined.

10     3. Attached as <u>Exhibit A</u> is a true and correct copy of the EEOC right-to-
11 sue letter, dated November 2, 2016.

12

13     I declare under penalty of perjury, under the laws of the State of Arizona
14 and the United States of America that the foregoing is true and correct.

15 Dated: December 12, 2016      _____
16                                Melissa Martin McBeath

# CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

> Roberto C. Garcia
> *rgarcia@fmazlaw.com*
> Travis L. Tufts
> *ttufts@fmazlaw.com*
> Farhang & Medcoff PLLC
> 4801 E Broadway Blvd., Ste. 311
> Tucson, AZ 85711
> 520-790-5433

I declare under penalty of perjury, under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.

Dated:  December 12, 2016            _____
                                     Melissa Martin McBeath

# Exhibit A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Phoenix District Office

3300 N. Central Avenue, Suite 690
Phoenix, AZ  85012-2504
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Phoenix Status Line:  (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Melissa McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716

Subject:   Dismissal of Charge
           Charge Number: 540-2016-01757

Dear Ms. McBeath:

The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. After reviewing the information in the file including the information you submitted, the EEOC does not believe that additional investigation would result in our finding a violation.

The EEOC has terminated its investigation into your allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws we enforce. This letter, and the enclosed documents, will dismiss your case and no further action will be taken by the EEOC.

Enclosed is your Dismissal and Notice of Right to Sue. The Dismissal and Notice will explain your right to pursue the matter in court.  If you want to pursue your charge, you may do so on your own by filing in Federal District Court within *90-days from the date that delivery of the Notice was <u>attempted</u> at your last known address of record or 90 days of receipt of the Notice, whichever is earlier. If you do not file a lawsuit within the required 90-day period, your right to file a lawsuit in this matter will expire and cannot be restored by EEOC.*

If you have any questions, please feel free to contact me at (602) 640-5036.

Sincerely,

NOV 0 2 2016
_____
Date

Patricia A. Miner
Supervisory Investigator

Cc: