FARHANG & MEDCOFF
4801 E. Broadway Blvd., Ste. 311
Tucson, AZ 85711
TELEPHONE 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>  Plaintiff,<br><br>  v.<br><br>Tucson Tamale Company,<br><br>  Defendant. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**DEFENDANT'S NOTICE OF SERVICE OF SECOND SET OF INTERROGATORIES TO PLAINTIFF**<br><br>Assigned to Bernando P. Velasco |

Defendant Tucson Tamale Company, by and through undersigned counsel and pursuant to L. R. Civ. P. 5.2, hereby gives notice of service of Defendant's Second Set of Interrogatories upon Plaintiff Melissa Martin McBeath this date via First-Class U.S. mail, postage prepaid, addressed as follows:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716

DATED this 16th day of December 2016.

FARHANG & MEDCOFF

By /s/Travis L. Tufts
  Ali J. Farhang
  Roberto C. Garcia
  Travis L. Tufts

Attorneys for Defendant

00299454.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 16th day of December 2016 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/Letitia L. Wright

00299454.1