FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>        Plaintiff,<br><br>    v.<br><br>Tucson Tamale Company,<br><br>        Defendant. | NO. 4:16-cv-00462-TUC-DCB (BPV)<br><br>**NOTICE OF VIDEOTAPED DEPOSITION OF MELISSA MARTIN MCBEATH**<br><br>Assigned to Judge David C. Bury |

YOU ARE HEREBY NOTIFIED that, pursuant to Federal Rules of Civil Procedure, Rules 26 and 30, a deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths.  The deposition will be recorded by a stenographer and a videographer who will place a camera facing Plaintiff.

**PERSON TO BE EXAMINED: Melissa McBeath**

**DATE AND TIME
OF DEPOSITION:**            **March 22, 2017
                             at 9:00 a.m.**

**PLACE OF DEPOSITION:**     **Farhang & Medcoff
                             4801 E. Broadway Blvd., Ste. 311
                             Tucson, Arizona  85711**

00310221.1

DATED this 24<u>th</u> day of February 2017.

FARHANG & MEDCOFF

By <u>/s/ Travis L. Tufts</u>
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 24<u>th</u> day of February 2017 to:

Melissa Martin McBeath: <u>mel.mcbeath@cox.net</u>
3463 E. Terra Alta Blvd.
Tucson, AZ  85716
*Pro Se*

COPY of the foregoing e-mailed
this 24<u>th</u> day of February 2017 to:

Kathy Fink & Associates
2819 E. 22nd St.
Tucson, Arizona  85713

<u>/s/Letitia L. Wright</u>

00310221.1