MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph: (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN MCBEATH, an individual, <br><br> Plaintiff, <br> v. <br><br> TUCSON TAMALE COMPANY, an Arizona corporation, <br><br> Defendant. | Case No. CV 16-462- TUC-DCB (BPV) <br><br> **NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT'S WRITTEN DISCOVERY** <br><br> Assigned to: Hon. David C. Bury <br><br> Complaint Filed: July 11, 2016 |

10358.1

1    Pursuant to L. R. Civ. P. 5.2, Plaintiff Melissa Martin McBeath hereby gives
2 notice of service of her responses to the following written discovery propounded
3 by Defendant Tucson Tamale Company:

4    1.   Plaintiff's Responses to Defendant's First Set of Requets for
5         Admissions, hand-delivered on September 12, 2017.

6    2.   Plaintiff's Response to Defendant's First Request for Production of
7         Documents, hand-delivered on September 12, 2017.

8    3.   Plaintiff's Responses to Defendant's First Set of Interrogatories,
9         hand-delivered on September 12, 2017.

10   4.   Plaintiff's Responses to Defendant's Second Set of Interrogatories,
11        served via e-mail on February 13, 2017.

12   The responses were served on Defendant's counsel of record listed in the
13 accompanying Certificate of Service.

15 Dated:  February 24, 2017            *Melissa Martin McBeath*
16                                       Melissa Martin McBeath

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

Roberto C. Garcia
*rgarcia@fmazlaw.com*
Travis L. Tufts
*ttufts@fmazlaw.com*
Farhang & Medcoff PLLC
4801 E Broadway Blvd., Ste. 311
Tucson, AZ 85711
520-790-5433

I declare under penalty of perjury, under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.

Dated:  February 24, 2017          *Melissa Martin McBeath*
                                    Melissa Martin McBeath