FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com
Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com
Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Tamale Company,<br><br>    Defendant. | NO. 4:16-cv-00462-DCB-BPV<br><br>**NOTICE OF SERVICE OF TUCSON TAMALE COMPANY'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant Tucson Tamale Company, by and through undersigned counsel, hereby gives notice of service of *Tucson Tamale Company's First Supplemental Disclosure Statement* upon the Plaintiff this date via U.S. mail postage prepaid, addressed as follows:

    Melissa Martin McBeath
    3463 E. Terra Alta Blvd.
    Tucson, Arizona 85716

DATED this 16th day of March, 2017.

        FARHANG & MEDCOFF

        By /s/Roberto C. Garcia
         Ali J. Farhang
         Roberto C. Garcia
         Travis L. Tufts

        Attorneys for Defendant

00315562.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 16th day of March, 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/ Letitia L. Wright

00315562.1