MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph: (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH,<br>  an individual,<br><br>       Plaintiff,<br>  v.<br><br>TUCSON TAMALE COMPANY,<br>  an Arizona corporation,<br><br>       Defendant. | Case No. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>_____<br>Assigned to Hon. David C. Bury<br><br>Complaint filed: July 11, 2016 |

10375.1

1   Plaintiff Melissa Martin McBeath hereby withdraws the Motion for Leave
2   to Amend, filed on March 9, 2017. (Dkt. 38).
3   Attached as <u>Exhibit A</u> is an e-mail from Roberto C. Garcia, counsel for
4   Defendant Tucson Tamale Company, stipulating to Plaintiff filing a Second
5   Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

Respectfully submitted,

Dated: March 20, 2017          *Melissa Martin McBeath*
                               Melissa Martin McBeath

EXHIBIT A

From: Robert Garcia <rgarcia@fmazlaw.com>
Date: Mon, Mar 20, 2017 at 3:47 PM
Subject: McBeath v. TTC, et al. - Amendment (Fed Court Case)
To: Melissa Martin McBeath <mel.mcbeath@cox.net>
Cc: Tish Wright <twright@fmazlaw.com>, Travis L. Tufts <ttufts@fmazlaw.com>

Hello Melissa:

Pursuant to Fed. R. Civ. P. 15(a)(2), Tucson Tamale hereby stipulates to the filing of your second amended complaint. For housekeeping purposes, will you please withdraw your motion to amend (Doc. No. 38) and file your second amended complaint with our written consent? Thank you.

Best regards,

**Robert C. Garcia**
Profile | vCard

4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
General: 520.790.5433 | Direct: 520.396.2205 | Fax: 520.790.5736

PLEASE NOTE: This email message (including any attachments) contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege is waived by your inadvertent receipt. Improper or unauthorized use of this email may be unlawful. If you received this message in error, please notify the sender by replying to this e-mail and then permanently delete it from your system.

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

Roberto C. Garcia
*rgarcia@fmazlaw.com*
Travis L. Tufts
*ttufts@fmazlaw.com*
Farhang & Medcoff PLLC
4801 E Broadway Blvd., Ste. 311
Tucson, AZ 85711
520-790-5433

I declare under penalty of perjury, under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.

Dated:  March 20, 2017              *Melissa Martin McBeath*
                                                    Melissa Martin McBeath