FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants / Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>    Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>    Counterplaintiff,<br><br>    v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>    Counterdefendants. | NO. 4:16-cv-00462-TUC-DCB (BPV)<br><br>**NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM**<br><br>Assigned to Judge David C. Bury |

00316413.1

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Civ. P. 45, that Defendant Tucson Tamale Company intends to serve the subpoena duces tecum attached hereto as Exhibit 1 upon Breakthru Beverage Arizona a/k/a Alliance Beverage Distributing Company, LLC.

DATED this 22nd day of March, 2017.

FARHANG & MEDCOFF

By /s/Roberto C. Garcia
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 22nd day of March, 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
Mel.mcbeath@cox.net

/s/ Letitia L. Wright

00316413.1