MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph: (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TUCSON TAMALE COMPANY, an Arizona corporation; <br> TODD RUSSELL MARTIN; an individual; <br> SHERRY MARTIN, an individual; and <br> LISA MARTIN, an individual, <br><br> Defendants. <br>_____<br><br> AND TUCSON TAMALE COMPANY'S RELATED COUNTERCLAIMS <br>_____ | Case No. CV 16-462-TUC-DCB (BPV) <br><br> **NOTICE OF ENTRY OF ORDER STAYING PIMA COUNTY SUPERIOR COURT PROCEEDINGS** <br>_____<br><br> Assigned to: Hon. David C. Bury <br><br> Complaint Filed: July 11, 2016 |

FILED
TONI HELLON
CLERK, SUPERIOR COURT
3/27/2017 9:46:30 AM
CASE C20161794

**FARHANG & MEDCOFF**
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456) (PAN 65507)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246) (PAN 66152)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373) (PAN 89943)
ttufts@fmazlaw.com

Attorneys for Defendants/Counterplaintiff

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF PIMA**

| | |
|---|---|
| MELISSA MARTIN MCBEATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TUCSON TAMALE COMPANY, an Arizona corporation; TODD RUSSELL MARTIN, an individual; SHERRY MARTIN, an individual; and LISA MARTIN, an individual,<br><br>Defendants. | No. C20161794<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS AS AMENDED BY THE COURT**<br><br>Assigned to the Hon. Gus Aragon |
| TUCSON TAMALE COMPANY, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>MELISSA MARTIN MCBEATH, an individual; JOHN DOE MCBEATH, an individual; WHITE CORPORATIONS I-X; BLACK LIMITED LIABILITY COMPANIES I-X; GRAY PARTNERSHIPS I-X; and JOHN DOES I-X and JANE DOES I-X,<br><br>Counterdefendants. | |

00316013.1

The Court having considered the Joint Motion for Stay of Proceedings submitted by Defendants Tucson Tamale Company, Todd Russell, Sherry Martin, and Lisa Martin, Counterplaintiff Tucson Tamale Company, and Plaintiff/Counterdefendant Melissa Martin McBeath (collectively, the "Parties"), and good cause appearing, therefore,

IT IS ORDERED that the Motion for Stay is GRANTED. This action is hereby stayed, in all regards, until further order from this Court, pending the resolution of a parallel action pending in the District of Arizona as Case No. 4:16-CV-00462-DCB-BPV.

IT IS FURTHER ORDERED vacating all future hearings, deadlines, and scheduling orders previously entered in this action.

IT IS FURTHER ORDERED that the granting of the Motion for Stay is without prejudice to the rights of the Parties in this action (except with regard to any *res judicata* effect), particularly the rights of the Parties regarding the recovery of attorneys' fees and costs incurred to date in this action.

IT IS FURTHER ORDERED that this Court will enter orders/judgment for/against the Parties based on the *res judicata* effect (with respect to claims and issues) of the determinations/resolutions/judgments in the aforementioned federal court case.

IT IS FURTHER ORDERED that this Court will take no further action until the parallel federal action is completely resolved. It shall be the responsibility of the parties to notify this Court of the complete resolution of the federal law suit.

DATED this 27th day of March 2017.

/s/
HON. GUS ARAGON
(ID: 64b29dc0-3dbe-4b1e-939e-26a756135ddb)

Hon. Gus Aragon
Pima County Superior Court Judge

FARHANG & MEDCOFF

00316013.1