FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath,<br><br>        Plaintiff,<br><br>    v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>        Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>        Counterplaintiff,<br><br>    v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>        Counterdefendants. | NO. CV-16-00462-TUC-DCB (BPV)<br><br>**DEFENDANTS' NOTICE OF SERVICE OF OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

00314206.1

Defendant Tucson Tamale Company, by and through undersigned counsel and pursuant to L. R. Civ. P. 5.2, hereby gives notice of service of Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents on this date via email (as stipulated by the parties) upon:

> Melissa Martin McBeath
> mel.mcbeath@cox.net

DATED this 27th day of March, 2017.

> FARHANG & MEDCOFF
>
> By /s/Travis L. Tufts
>     Ali J. Farhang
>     Roberto C. Garcia
>     Travis L. Tufts
>
> Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 27th day of March, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/ Letitia Wright

00314206.1

- 2 -