# FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>Defendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**CERTIFICATE IN SUPPORT OF MOTION TO QUASH AND FOR PROTECTIVE ORDER PROTECTING THIRD-PARTY KOTY-LEAVITT INSURANCE AGENCY FROM PLAINTIFF'S SUBPOENA**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Tucson Tamale Company, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>Counterdefendants. | |

00317893.1

Undersigned counsel certifies that he made good faith efforts to resolve the discovery dispute related to Plaintiff Melissa Martin McBeath's Subpoena to Koty-Leavitt Insurance Agency, Inc., but the parties have been unable to satisfactorily resolve the dispute without Court intervention.

DATED this 31st day of March, 2017.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
  Ali J. Farhang
  Roberto C. Garcia
  Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 31st day of March, 2017 to:

Melissa Martin McBeath
Mel.McBeath@cox.net

/s/Letitia L. Wright

00317893.1