FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>　　　　　Defendants.<br><hr>Tucson Tamale Company, an Arizona corporation,<br><br>　　　　　Counterplaintiff,<br><br>　　v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>　　　　　Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**ORDER QUASHING PLAINTIFF'S SUBPOENA ON THIRD-PARTY KOTY-LEAVITT INSURANCE AGENCY AND ENTRY OF A PROTECTIVE ORDER**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

00317951.1

The Court having considered Defendant/Counterplaintiff Tucson Tamale Company, Defendants Todd Russell Martin, Sherry Martin, and Lisa Martin's Motion to Quash and for Protective Order Protecting Third-Party Koty-Leavitt Insurance Agency from Plaintiff's Subpoena, and good cause appearing therefore,

IT IS ORDERED Plaintiff's Subpoena on Third-Party Koty-Leavitt Insurance Agency is quashed.

IT IS FURTHER ORDERED that no further discovery be propounded on Third-Party Koty-Leavitt Insurance Agency.

DATED this ____ day of April, 2017.

_____
Hon. Bernardo P. Velasco
Arizona District Court Judge

00317951.1