# Exhibit A

## Tish Wright

| | |
|---|---|
| **From:** | Melissa Martin McBeath <mel.mcbeath@cox.net> |
| **Sent:** | Wednesday, April 5, 2017 1:41 PM |
| **To:** | Travis L. Tufts |
| **Cc:** | Robert Garcia; Jamie Archibald; Tish Wright; Lynn Salcido |
| **Subject:** | Google subpoena |
| **Attachments:** | 2017-04-05 T. Tufts (Google subpoena).pdf; 2017-04 Google Subpoena.pdf; 2017-04 EXHIBIT A - Google subpoena .pdf; RELEASE CONSENT FORM.docx |

**Travis,**

**Apologies for the delayed response.**

**I was otherwise engaged yesterday.**

**Please see attached letter and accompanying attachment.**

**Best regards,**

**-F**

On Mon, Apr 3, 2017 at 5:20 PM, Travis L. Tufts wrote:

> Ms. McBeath,
>
> Are you available for a telephonic conference about this mechanism tomorrow?  I believe we are amenable to this mechanism but we need some additional details and information before we can agree to it.  I would imagine we would need less than 15-20 minutes.
>
> Please let me know about your availability tomorrow.
>
> Travis
>
>
> [cid:image001.jpg@01D14186.84DD1700]
>
> Travis L. Tufts
> Profile<http://www.fmazlaw.com/travis-t-tufts> | vCard<https://s3.amazonaws.com/law-media/uploads/191/24243/original/Travis%20L%20%20Tufts%20(00239226xC01F0).VCF?1451341154>
> 4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
> General: 520.790.5433 | Direct: 520.398.7466 | Fax: 520.790.5736
> www.fmazlaw.com<http://www.fmazlaw.com/>
>
> From: Melissa Martin McBeath [mailto:mel.mcbeath@cox.net]
> Sent: Thursday, March 30, 2017 12:34 PM
> To: Travis L. Tufts <ttufts@fmazlaw.com>
> Cc: Robert Garcia <rgarcia@fmazlaw.com>; Jamie Archibald <jarchibald@fmazlaw.com>; Tish Wright <twright@fmazlaw.com>; Lynn Salcido <lsalcido@fmazlaw.com>
> Subject: RE: McBeath v. Tucson Tamale - Defendant's Objections and Responses to Discovery Requests
>
> Please see attached letter.
>
> Thank you.

1

\>
\> -Melissa
\>
\>
\> On Mon, Mar 27, 2017 at 5:21 PM, Tish Wright wrote:
\>
\> \> Attached please find Defendant's Objections and Responses to your Non-Uniform Interrogatories and Request for Production in the Federal Court matter.
\> \>
\> \> [00112003]
\> \> Letitia "Tish" Wright
\> \> Legal Assistant
\> \> 4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
\> \> General: 520.790.5433<tel:520.790.5433> | Direct: 520.777.8757<tel:520.790.5736> |Fax: 520.790.5736<tel:520.790.5736>
\> \>
www.fmazlaw.com<http://www.fmazlaw.com/<http://www.fmazlaw.com%3chttp:/www.fmazlaw.com/>>
\> \>
\> \>
\> \> PLEASE NOTE: This email message (including any attachments) contains information that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege is waived by your inadvertent receipt. Improper or unauthorized use of this email may be unlawful. If you received this message in error, please notify the sender by replying to this e-mail and then permanently delete it from your system.

2