# FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com

Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com

Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>       Defendants.<br><hr>Tucson Tamale Company, an Arizona corporation,<br><br>       Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>       Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

Defendant/Counterplaintiff Tucson Tamale Company ("TTC") is preparing its

00321558.1

opposition to Plaintiff/Counterdefendant's Motion for Partial Summary Judgment (Doc No. 52) (the "Motion"). In an effort to attain greater efficiencies, TTC is combining its opposition to the Motion with its own Cross-Motion for Partial Summary Judgment. To do so properly, however, TTC requires additional pages to brief fully and fairly its position on the issues at bar. TTC anticipates its combined opposition and Cross-Motion will require 23 pages for full briefing, which is substantially less than the total 34 pages TTC would be entitled to if it separated its forthcoming combined filing into two.

Pursuant to LRCiv. 7.2(e), TTC requests leave to exceed the 17-page limit on its forthcoming opposition and Cross-Motion, as such combined filing would preserve legal and judicial resources.

RESPECTFULLY SUBMITTED this 26th day of April, 2017.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

00321558.1

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 26th day of April, 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
mel.mcbeath@cox.net

/s/ Letitia L. Wright

00321558.1