1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9 | Melissa Martin McBeath, an individual,

NO. CV 16-462-TUC-DCB (BPV)

10 |       Plaintiff,

11 |     v.

12 | Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,

**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco

14 |       Defendants.

16 | Tucson Tamale Company, an Arizona corporation,

17 |       Counterplaintiff,

18 |     v.

19

20 | Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,

21 |       Counterdefendants.

22
23

    The Court having considered the Motion to Exceed Page Limit submitted by Defendant/Counterplaintiff Tucson Tamale Company ("TTC"), and good cause appearing,

    **IT IS ORDERED** that TTC may exceed the page limit in its forthcoming combined Opposition to Plaintiff/Counterdefendant's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment.

28