FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com
Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com
Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants/Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>    Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>    Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>    Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' / COUNTERPLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

Defendants/Counterplaintiff, by and through undersigned counsel, hereby give notice of service of *Defendants'/Counterplaintiff's Third Supplemental Disclosure Statement* upon the Plaintiff this date via e-mail and U.S. Mail, addressed to:

00321049.1

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, Arizona 85716
mel.mcbeath@cox.net

DATED this 26th day of April, 2017.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
    Ali J. Farhang
    Roberto C. Garcia
    Travis L. Tufts

Attorneys for Defendants/Counterplaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 26th day of April, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/ Letitia L. Wright

00321049.1

- 2 -