**FARHANG & MEDCOFF**

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmazlaw.com
Roberto C. Garcia (#026246)
rgarcia@fmazlaw.com
Travis L. Tufts (#029373)
ttufts@fmazlaw.com

Attorneys for Defendants/Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>   Defendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SUPPLEMENTAL AND AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Tucson Tamale Company, an Arizona corporation,<br><br>   Counterplaintiff,<br><br> v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>   Counterdefendants. | |

  Defendants/Counterplaintiff, by and through undersigned counsel, hereby give notice of service of *Defendant's Supplemental and Amended Objections and*

00321743.1

*Responses to Plaintiff's First Set of Requests for Production* upon the Plaintiff this date via e-mail and U.S. Mail, addressed to:

Melissa Martin McBeath<br>
3463 E. Terra Alta Blvd.<br>
Tucson, Arizona 85716<br>
mel.mcbeath@cox.net

DATED this 26th day of April, 2017.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
   Ali J. Farhang
   Roberto C. Garcia
   Travis L. Tufts

Attorneys for Defendants/Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 26th day of April, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/ Letitia L. Wright

00321743.1

- 2 -