| | |
|---|---|
| 1 | MELISSA MARTIN McBEATH |
| 2 | 3463 E. TERRA ALTA BLVD. |
|   | TUCSON, AZ 85716 |
| 3 | Ph: (520) 449-9753 |
| 4 | *mel.mcbeath@cox.net* |
| 5 | Pro Se |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, | Case No. CV 16-462-TUC-DCB (BPV) |
| Plaintiff, | **MAXIMILIAN IVANKOVICH DECLARATION** |
| v. | _____ |
| TUCSON TAMALE COMPANY, an Arizona corporation; TODD RUSSELL MARTIN; an individual; SHERRY MARTIN, an individual; and LISA MARTIN, an individual, | Assigned to: Hon. David C. Bury |
|  | Complaint Filed: July 11, 2016 |
| Defendants. | |
| _____ | |
| AND TUCSON TAMALE COMPANY'S RELATED COUNTERCLAIMS | |

I, MAXIMILIAN IVANKOVICH, declare:

1. I have personal, first-hand knowledge of all matters stated in this declaration and, if called to testify as to these matters, I could and would do so competently.

2. I am 21 years old, and Melissa Martin McBeath is my mother.

3. I worked at Tucson Tamale Company (*"**TTC**"*) fro May 2015 until March 2016.

4. TTC terminated my employment after I reported to Defendant Lisa Martin that my supervisor sometimes smoked marijuana before reporting to work, which I believe affected her performance.

5. I am familiar with the counterclaims alleged in the lawsuit that TTC filed against my mother.

6. At no time during the time that I worked for TTC did I ever "access, copy, print, and remove TTC's Confidential Information stored on TTC's Protected Computers" so that my mother could use it to "damage the reputation of TTC in the community, impugn the character of TTC's owners, and use as leverage in [her] wrongful termination lawsuit."

7. I have never stolen, and I do not have in my possession, any of TTC's proprietary trade secrets or any other TTC confidential information.

8. The video that TTC produced that shows me printing a document that I took home with me was a copy of the Employee Handbook. I asked my supervisor for permission to print the handbook.

9. I have never conspired with my mother, or anyone else for that matter, to steal TTC's confidential information.

10.  I no longer work in the restaurant retail business and I have no need or use for any information relating to TTC or its business operations.

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated: May 16, 2017

_____
Maximilian Ivankovich