FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law
Roberto C. Garcia (#026246)
rgarcia@fmlaw.law
Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants/Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>    Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>    Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>    Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF SHERRY MARTIN'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

Defendant Sherry Martin, by and through undersigned counsel, hereby gives notice of service of *Sherry Martin's First Set of Requests for Production* upon the Plaintiff on May 24, 2017 via e-mail and U.S. Mail, addressed to:

00326587.1

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, Arizona 85716
mel.mcbeath@cox.net

DATED this 25th day of May, 2017.

FARHANG & MEDCOFF

By /s/ Travis L. Tufts
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants/Counterplaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 25th day of May, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/ Lynn Salcido

00326587.1