# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>    Defendants.<br><hr>Tucson Tamale Company, an Arizona corporation,<br><br>    Counterplaintiff,<br><br>  v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>    Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**ORDER TO SHOW CAUSE AND TO ATTEND EVIDENTIARY HEARING**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

The Court, having reviewed Defendants' Motion for Order to Show Cause and Evidentiary Hearing ("Motion") and good cause appearing,

**IT IS HEREBY ORDERED:**

A) That Plaintiff/Counterdefendant Melissa Martin McBeath and Francisco X. Marquez ("Marquez") shall appear on _____, 20_____ at _____ __.m. at the Evo A. DeConcini U.S. Courthouse, 405 West

00326831.1

Congress Street, Suite 5650, Tucson, Arizona 85701, to provide testimony and to show cause why the Court should not grant the relief requested in the Motion.

B) That Defendants shall serve Marquez personally at his residence at 451 W. Calle Bolita, Sahuarita, Arizona 85629. If Defendants are unable to serve Marquez personally after three attempts, Defendants shall serve Marquez by posting notice on the door of said residence, by e-mailing Marquez at his last known e-mail address, fxm@marquezlegal.com, and by mailing copies of the Motion and this Order to Marquez's residence in Arizona and his other known residence – 855 N. 17th Street, San Jose, California 95115.