# Exhibit A



# KumarLaw

**Ruchit Kumar Agrawal**
ruchit@kumarlawsv.com

| Silicon Valley | 6525 Crown Blvd. #20072 |
| 408.601.0586 | San Jose CA 95160 |

Washington D.C.
202.807.6180

<u>SENT VIA E-MAIL ONLY</u>
*ttufts@fmazlaw.com*

February 7, 2017

Travis L. Tufts
Farhang & Medcoff
4801 E. Broadway, Suite 311
Tucson, Arizona 85711

Re: <u>*Melissa Martin McBeath v. Tucson Tamale Company et al.*</u>
Pima County Superior Court Case No. C20161794

Dear Travis:

I write to address each issue in the order discussed in your e-mail to me, dated February 3, 2017.

1.   We accept your proposed Scheduling Order as is. Please submit it to the Court at your earliest convenience.

2.   In my review of the docket, the pending motions ripe for decision are:

   (a)   Plaintiff's Motion for Partial Summary Judgment

   (b)   Plaintiff's Motion for a Protective Order to Shield Identity and Communications with Experts Consulted Informally

   (c)   Plaintiff's Motion to Compel the Deposition of Lisa Martin

   (d)   Defendants' Motion to Quash Third-Party Subpoena

   (e)   Plaintiff's Motion to Compel Production of Documents and Supplemental Responses to Unanswered Written Discovery

3.   When do you anticipate filing Defendants' Motion to Dismiss?

10353.1

Travis L. Tufts
February 7, 2017
Page 2 of 2

    4.    Regarding Ms. McBeath's deposition, we're not ready to proceed just yet. We're still making our way through the hundreds of pages that comprise the pleadings, motions, correspondence, and extensive written discovery and related responses propounded to date. Let's revisit this issue at the end of the month.

    5.    Defendants may proceed with the deposition of Ehud Gavron and Ernesto Chavez after Defendants *identify and produce* the e-mails, in native electronic form, that contain the confidential information that Ms. McBeath allegedly disclosed to these two witnesses without authorization.

    6.    With respect to the deposition of Maximilian Ivankovich, our client declines to consent to his oral deposition at this time.

    7.    Thank you for granting our client until February 15, 2017 to respond to Tucson Tamale Company's Second Set of Interrogatories in the federal action. Be advised that she has elected to continue to represent herself in the federal proceeding for the time being; Mr. Gallego will serve as advisory counsel as needed.

Going forward, I am happy to meet and confer with you about any matter in the state action. Ms. McBeath has instructed me, however, that we write or record our oral communications to ensure an accurate record. For telephone calls, I recommend using the service provided by *www.freeconferencecall.com*, which permits participants to record their conversation and then generates a link to the recording that can be easily downloaded and saved for future reference.

Lastly, please serve all documents via e-mail to ensure prompt delivery. We will reciprocate the same courtesy. It was a pleasure to meet you in person last month. I look forward to our continuing dialogue as we move this case forward.

                                          Sincerely,

                                          KUMARLAW

                                          Ruchit Kumar Agrawal

cc:  Rafael F. Gallego (via e-mail only)
      Melissa Martin McBeath (via e-mail only)

10353.1