FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants/Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>    Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>    Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>    Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' / COUNTERPLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

Defendants/Counterplaintiff, by and through undersigned counsel, hereby give notice of service of *Defendants'/Counterplaintiff's Fourth Supplemental Disclosure Statement* upon the Plaintiff this date via e-mail and U.S. Mail, addressed to:

00326403.1

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, Arizona 85716
mel.mcbeath@cox.net

DATED this 1st day of June, 2017.

FARHANG & MEDCOFF

By /s/Travis L. Tufts
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants/Counterplaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 1st day of June, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/Letitia L. Wright

00326403.1