**FARHANG & MEDCOFF**
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants/Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>      Defendants.<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>      Counterplaintiff,<br><br>   v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>      Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF S. MARTIN'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

Sherry Martin, by and through undersigned counsel, hereby gives notice of service of *S. Martin's Objections and Responses to Plaintiff's First Set of Interrogatories* upon the Plaintiff this date via e-mail and U.S. Mail, addressed to:

00327746.1

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, Arizona 85716
mel.mcbeath@cox.net

DATED this 5th day of June, 2017.

FARHANG & MEDCOFF

By _____
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants/Counterplaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 5th day of June, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/Letitia L. Wright

00327746.1