MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph:  (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TUCSON TAMALE COMPANY, an Arizona corporation; TODD RUSSELL MARTIN; an individual; SHERRY MARTIN, an individual; and LISA MARTIN, an individual, <br><br> Defendants. <br> _____ <br><br> AND TUCSON TAMALE COMPANY'S RELATED COUNTERCLAIMS | Case No. CV 16-462-TUC-DCB (BPV) <br><br> MELISSA MARTIN McBEATH DECLARATION IN SUPPORT OF THE RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE AND EVIDENTIARY HEARING <br> _____ <br><br> Assigned to Hon. David C. Bury <br><br> Complaint filed:  July 11, 2016 |

11021.1

I, MELISSA MARTIN McBEATH, declare:

1. I am the Plaintiff and Counterdefendant in this action. This declaration is submitted in support of the the Response to the Motion to Show Cause and Evidentiary Hearing filed by Tucson Tamale Company, Todd Russell Martin, Sherry Martin and Lisa Martin. I have personal, first-hand knowledge of all matters stated herein and, if called to testify as to these matters, I could and would do so competently.

2. Attached as <u>Exhibit A</u> is a screen shot of the online records readily available from the Pima County Assessor's Office website that lists Jesus Enrique Molina as the owner of record of the residential property located at 451 W. Calle La Bolita, Sahuarita, Arizona 85629.

3. Francisco Márquez is a friend I have known since I was 12 years old. His full name is Francisco Xavier Márquez Molina. Defense counsel mistakenly assumes that Mr. Márquez is the same person as Jesus Enrique Molina simply because they happen to share a common Latino surname. They are not related.

4. I have had a life-long friendship with Mr. Márquez's mother. Having just recently visited with her, I found out that she rents the above residential property.

5. I have never sued anyone in federal court in my life until now.

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct. Executed on June 8, 2017.

_____
Melissa Martin McBeath

EXHIBIT A



# Pima County Geographic Information Systems

**1 parcel** matched your situs address search request.

**Important:** Only situs addresses matching your query are shown for each parcel. That is, parcels may have additional situs addresses that are not shown. Click a parcel's "Detail information" link to see all addresses for the parcel. Results are sorted by situs address with addresses grouped by street name and direction. A parcel with more than one situs addresses may appear multiple times if another parcel has addresses that fall within the first parcel's address range. Read About situs addresses for an explanation of situs addresses.

MOLINA JESUS ENRIQUE
451 W CALLE LA BOLITA
SAHUARITA AZ  85629-8660
Parcel 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   Detail information   Zoom to PimaMaps   Zoom to MapGuide

## Situs (property) address

| Situs (property) address | Jurisdiction | Postal City | Zip Code | |
|---|---|---|---|---|
| 451 W CALLE LA BOLITA | SAHUARITA | SAHUARITA | 85629 | ZIP+4 Lookup |

# PIMA COUNTY ASSESSOR'S OFFICE
## Bill Staples, Assessor



| HOME | RESIDENTIAL | COMMERCIAL | LAND | BUSINESS PERSONAL PROPERTY | MANUFACTURED HOMES | DEEDS SPLITS MAPS | CONTACT US |

**Parcel Detail**  **VALUATION IN PROGRESS**  *Advanced Search*

| Summary | Genealogy | Images (PRC, Maps, Photos) | History | Treasurer Tax |
| Equity & Sales Comparables | Sales Comparables (with map) | PimaMaps | MapGuide | GIS Disclaimer |

**Book-Map-Parcel:** ◀ 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 ▶   **Oblique Image**   **Tax Year:** 2017   **Tax Area: 3002**

**Property Address:**

| Street No | Street Direction | Street Name | Location |
|---|---|---|---|
| 451 | W | CALLE LA BOLITA | Sahuarita |

**Taxpayer Information:**
MOLINA JESUS ENRIQUE
451 W CALLE LA BOLITA
SAHUARITA AZ

85629- 8660

**Property Description:**
PRESIDIO DEL CIELO LOT 37

**Valuation Data:**

| Valuation Year | Legal Class | Assessment Ratio | Total FCV | Limited Value | Limited Assessed |
|---|---|---|---|---|---|
| 2016 | Primary Res (3) | 10.0 | $126,804 | $120,621 | $12,062 |
| 2017 | Primary Res (3) | 10.0 | $127,372 | $126,652 | $12,665 |

**Property Information:**

| Section: | 12 |
| Town: | 17.0 |
| Range: | 13.0E |
| Map & Plat: | 58/39 |
| Block: | |
| Tract: | |
| Rule B District: | 5 |
| Land Measure: | 1.00S |

**Page Navigation**

- Property Address
- Taxpayer Information
- Property Description
- Valuation Data
- Property Information
- Residential Characteristics
- Valuation Area
- Sales Information
- Recording Information

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

> Roberto C. Garcia
> *rgarcia@fmazlaw.com*
> Travis L. Tufts
> *ttufts@fmazlaw.com*
> Farhang & Medcoff PLLC
> 4801 E Broadway Blvd., Ste. 311
> Tucson, AZ 85711
> 520-790-5433

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated: June 8, 2017

Melissa Martin McBeath