FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants/Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual, | NO. CV 16-462-TUC-DCB (BPV) |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANTS' / COUNTERPLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual, | Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Defendants. | |
| Tucson Tamale Company, an Arizona corporation, | |
| Counterplaintiff, | |
| v. | |
| Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife, | |
| Counterdefendants. | |

Defendants/Counterplaintiff, by and through undersigned counsel, hereby give notice of service of *Defendants'/Counterplaintiff's Fifth Supplemental Disclosure Statement* upon the Plaintiff this date via e-mail, addressed to:

00328980.1

Melissa Martin McBeath
mel.mcbeath@cox.net

DATED this 12th day of June, 2017.

       FARHANG & MEDCOFF

       By /s/ Travis L. Tufts
        Ali J. Farhang
        Roberto C. Garcia
        Travis L. Tufts

       Attorneys for Defendants/Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 12th day of June, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/Letitia L. Wright

00328980.1