# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, <br><br>          Plaintiff, <br><br> v. <br><br> Tucson Tamale Company, et al., <br><br>          Defendants. <br> ———————————————— <br> Tucson Tamale Company, <br><br>          Counterplaintiff, <br><br> v. <br><br> Melissa Martin McBeath, and John/Jane Doe Martin McBeath, husband and wife, <br><br>          Counterdefendants. | No. CV 16-462-TUC-DCB (BPV) <br><br> **ORDER** |

Good cause appearing,

IT IS ORDERED that Counterplaintiff's Motion for Leave to Exceed Page Limit (Doc. 65) is GRANTED and the Clerk of Court is directed to file Plaintiff's Combined Opposition to Counterdefendant's Partial Summary Judgment Motion and Counterplaintiff's Cross-Motion for Partial Summary Judgment and supporting Statement of Facts (lodged as Docs. 68, 69) *nunc pro tunc* as of April 26, 2017.

Dated this 21st day of July, 2017.

Bernardo P. Velasco
United States Magistrate Judge