FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants/Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>  Defendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**NOTICE OF SERVICE OF DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Tucson Tamale Company, an Arizona corporation,<br><br>  Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>  Counterdefendants. | |

00334404.1

Defendant Tucson Tamale Company, by and through undersigned counsel, hereby give notice of service of *Defendant's Second Set of Requests for Production* upon the Plaintiff this date via e-mail and First Class U.S. Mail, addressed to:

> Melissa Martin McBeath
> 3463 E. Terra Alta Blvd.
> Tucson, AZ 85716
> mel.mcbeath@cox.net

DATED this 21st day of July, 2017.

> FARHANG & MEDCOFF
>
> By /s/Travis L. Tufts
>    Ali J. Farhang
>    Roberto C. Garcia
>    Travis L. Tufts
>
> Attorneys for Defendants/Counterplaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 21st day of July, 2017 to:

Melissa Martin McBeath
mel.mcbeath@cox.net

/s/Letitia L. Wright

00334404.1

- 2 -