1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual, | NO. CV 16-462-TUC-DCB (BPV) |
| Plaintiff, | **NOTICE OF COMPLIANCE WITH ORDER TO DESTROY ALLIANCE SUBPOENA MATERIALS** |
| v. | |
| Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual, | Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Defendants. | |
| Tucson Tamale Company, an Arizona corporation, | |
| Counterplaintiff, | |
| v. | |
| Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife, | |
| Counterdefendants. | |

On July 21, 2017, the Court entered an Order directing Defendants to destroy certain

employment records produced by Breakthru Beverage Company a/k/a Alliance Beverage

00334701.1

1  Distributing Co., LLC within five (5) days of the date of the Order.  Further, the Court

2  ordered Defendants to provide notice of compliance to Plaintiff within seven (7) days of

3  destruction.  Defendants hereby notify the Court and Plaintiff that they have complied with

4  this Order by destroying TTC 000870 – 000871, 000886, 000889, 000898 – 000902 and

5  000906 – 000965 and keeping TTC 000867 – 000869, 000872 – 000885, 000887 – 000888,

6  000890 – 000897, 000903 – 000905 and 000966.

7       DATED this 26th day of July, 2017.

8                                  FARHANG & MEDCOFF

9

10                                 By /s/ Travis L. Tufts
                                      Ali J. Farhang
11                                    Roberto C. Garcia
                                      Travis L. Tufts
12
                                   Attorneys for Defendants / Counterplaintiff
13

14                         CERTIFICATE OF SERVICE

15       I hereby certify that the foregoing document was filed electronically with the Clerk

16  of the United States District Court for the District of Arizona, with notice of case activity

17  generated and sent electronically this 26th day of July, 2017 to:

18  Melissa Martin McBeath
19  3463 E. Terra Alta Blvd.
    Tucson, AZ 85716
20

21  /s/Letitia L. Wright

22

23

24

25

26

27

28

00334701.1

- 2 -