# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>Defendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE AND REQUEST FOR SANCTIONS**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Tucson Tamale Company, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>Counterdefendants. | |

The Court having considered Defendants' Motion to Strike and Request for Sanctions ("Motion"), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion is granted and Plaintiff's supplemental legal arguments and authorities cited in her Combined Reply and Opposition filed in Connection with the Parties' Cross-Motions for Partial Summary Judgment (Doc. No. 92) are hereby stricken from the record; and

**IT IS FURTHER ORDERED** that Defendants are awarded their attorneys' fees

00336800.1

1  and costs associated with bringing the Motion.  Defendants shall submit an affidavit of fees
2  and costs within 14 days.

00336800.1