# Exhibit A

**Tish Wright**

| | |
|---|---|
| **From:** | Robert Garcia |
| **Sent:** | Wednesday, August 2, 2017 1:35 PM |
| **To:** | Tish Wright |
| **Subject:** | FW: McBeath v. Tucson Tamale Co. et al. - Pima County Case No. C20161794 |

**From:** cochesitos1@gmail.com [mailto:cochesitos1@gmail.com] **On Behalf Of** Melissa McBeath
**Sent:** Tuesday, April 19, 2016 5:52 PM
**To:** Robert Garcia <rgarcia@fmazlaw.com>
**Subject:** McBeath v. Tucson Tamale Co. et al. - Pima County Case No. C20161794

Mr. Garcia,

I just picked up your voicemail. I cannot speak at the moment, but I will call you tomorrow.

If you receive this email before 8:00 a.m. tomorrow, please let me know whether your clients agree to waive personal service of the summons and complaint. I intend to go to the Sheriff's office tomorrow morning to drop off the documents around 9:00 a.m.

I am aware that under the statute defendants are given 30 days to consider whether to waive service, but I am eager to start the clock ticking.

I look forward to speaking with you.

Best Regards,


Melissa Martin McBeath

# Exhibit B

**Jamie Archibald**

| | |
|---|---|
| **From:** | Mel M <cochesitos1@gmail.com> |
| **Sent:** | Wednesday, July 15, 2015 12:32 PM |
| **To:** | MEGAN; mel@tucsontamalecompany.com |
| **Subject:** | Re: |

I love the very first one the best!!! I like the v-neck better than the boat neck because for your height and shape it elongates you...that cute one you ordered I love but for fun in a different fabric.
I'm so excited! And I love looking at all the dresses and thinking about how beautiful you're going look!!!!!

On Wed, Jul 15, 2015, 12:03 PM MEGAN <mhuler1@hotmail.com> wrote:
SO I TRIED THIS ONE ON.
http://jasminebridal.com/product_detail.asp?hidP_kind=Bridesmaids&hidP_style=BELSOIE&selSFabric=15&
hidP_Style_ID=L174022
I NEED A BIGGER SIZE, BUT IT LOOKS GOOD
LADIES AT THE SHOP LIKED IT BETTER ON ME THAN THE SECOND ONE, WIHCH I
ORIGINALLY WENT IN FOR.  THEY SAID IT 'CUT ME OFF' AND MADE ME LOOK TOO BROAD ON
TOP
http://jasminebridal.com/product_detail.asp?hidP_kind=Bridesmaids&hidP_style=BELSOIE&selSFabric=15&
hidP_Style_ID=L164073
THESE CHICS ARE NOT ON COMMISSION, SO THEY ARE NO PRESSURE

THEY ARE LOOKING INTO GETTING ME THIS ONE...WHICH IS MY FAV...NOWHERE TO TRY ON
THOUGH, SO WOULD BE TAKING A STAB IN THE DARK....
http://watters.com/Product/Encore/7202E


I ORDERED THIS ONE FOR SHITS AND GIGGLES AND CAN RETURN
http://www.dessy.com/dresses/bridesmaid/5704/#.VaauUqRVhBc


BUT IF I WANT ANY OF THE OTHERS I HAVE TO ORDER NOW....SINCE ITS GONNA TAKE
AWHILE TO GET IT HERE.

THOUGHTS......?

TTC 000705

# Exhibit C

**Jamie Archibald**

| | |
|---|---|
| **From:** | Mel McBeath <mel@tucsontamalecompany.com> |
| **Sent:** | Monday, August 3, 2015 9:45 AM |
| **To:** | cochesitos1@gmail.com |
| **Subject:** | Fwd: Customer Complaint Fwd: Tamale pie meets pizza pie. |

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

---------- Forwarded message ----------
From: "Tucson Tamales" <tamales@tucsontamalecompany.com>
Date: Aug 3, 2015 9:04 AM
Subject: Customer Complaint Fwd: Tamale pie meets pizza pie.
To: "Todd Martin" <todd@tucsontamalecompany.com>, "Sherry Martin"
<sherry@tucsontamalecompany.com>, "Mel McBeath" <mel@tucsontamalecompany.com>
Cc:

I haven't replied yet to this customer.  Thanks

Cathy
---------- Forwarded message ----------
From: **Kathy**
Date: Sat, Aug 1, 2015 at 9:08 AM
Subject: RE: Tamale pie meets pizza pie.
To: tamales@tucsontamalecompany.com


Too bad it has meat in it – unhealthy meat at that, filled with saturated fat and cholesterol.

How about a veggie pizza tamale?

A customer,

Kathy



**From:** Tucson Tamale Company [mailto:tamales@tucsontamalecompany.com]
**Sent:** Saturday, August 01, 2015 2:13 AM
**To:**
**Subject:** Tamale pie meets pizza pie.

1

# Exhibit D

**Jamie Archibald**

| | |
|---|---|
| **From:** | Mel McBeath <mel@tucsontamalecompany.com> |
| **Sent:** | Saturday, September 5, 2015 10:48 AM |
| **To:** | cochesitos1@gmail.com |
| **Subject:** | Fwd: Re: store runs |

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

---------- Forwarded message ----------
From: "Mel McBeath" <mel@tucsontamalecompany.com>
Date: Sep 5, 2015 10:46 AM
Subject: Re: store runs
To: "Meaghan Anderson" <meaghan@tucsontamalecompany.com>
Cc:


I ♡ you.

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

On Sep 4, 2015 10:43 AM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
Here is the comm for this issue please let me know if you would like any other specifics mentioned. your laughing but I am serious you are a persons dream come true. Beautiful,intelligent,funny and best of all did I mention gorgeous. You are a phenomenal woman and a true inspiration to females who strive to excel in this world.


*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888




On Fri, Sep 4, 2015 at 10:40 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:

LMAO!

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

TTC 000714

On Sep 4, 2015 10:31 AM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
Aww you make me melt my darling. I swear if I had no husband I would propose to you like yesterday!!!

*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888



On Fri, Sep 4, 2015 at 10:08 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:

I live for that smile!

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

On Sep 4, 2015 10:06 AM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
Hahahaha your the best Mel I swear you always make me smile and I sure do love to smile!!!

*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888

On Fri, Sep 4, 2015 at 10:02 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:

Baby Jesus loves you so.

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

On Sep 4, 2015 9:54 AM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
I gotcha mama you know it I will do whatever it is that the folks what. No walmart comm will be made today for all of us who may need to make a store run.

*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888



On Fri, Sep 4, 2015 at 9:44 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:

2

I appreciate that more than you know....

M

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

On Sep 4, 2015 9:42 AM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
 yup I did safeway it is

*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888

On Fri, Sep 4, 2015 at 8:42 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:

I'm going to ask you to read my email once more.

M

Melissa Martin McBeath
Area Manager
Tucson Tamale Company
520.449.9753

On Sep 3, 2015 6:14 PM, "Meaghan Anderson" <meaghan@tucsontamalecompany.com> wrote:
 The tortillas were alejandros and we went to sprouts first for the greens unfortunately this sprouts
 always seems to be under stocked. I will do safeway next time though but I gotta tell you the produce
 there looks kinda shady. I know the name walmart seems sketch but it is the best market we have up
 here besides sprouts which as I mentioned is usually not stocked up with what we need. Thanks
 though.

*Meaghan Anderson | General Manager*
7286 N. Oracle Rd. | Tucson, AZ 85704
Tel: (520) 403-1888

On Thu, Sep 3, 2015 at 5:46 PM, Mel McBeath <mel@tucsontamalecompany.com> wrote:
 Hi,

Tortillas emergency is Alejandro's from Safeway..produce from Sprouts or Safeway.
Walmart is a little too, well, Walmart for TTC. :-)

Ya feel me?

TTC 000716

M

Melissa Martin McBeath | *Area Manager*
2545 E Broadway | Tucson, AZ 85716
Tel: (520) 449-9753



4

TTC 000717

# Exhibit E

**Jamie Archibald**

| | |
|---|---|
| **From:** | Mel McBeath <mel@tucsontamalecompany.com> |
| **Sent:** | Wednesday, August 5, 2015 11:37 AM |
| **To:** | Mel M |
| **Subject:** | Fwd: Liquor Training |

Melissa Martin McBeath | *Area Manager*
2545 E Broadway | Tucson, AZ 85716
Tel: (520) 449-9753



---------- Forwarded message ----------
From: **Mel McBeath** <mel@tucsontamalecompany.com>
Date: Wed, Aug 5, 2015 at 11:36 AM
Subject: Re: Liquor Training
To: Kevin Kramber <kkramber75@gmail.com>
Cc: Sherry Martin <sherry@tucsontamalecompany.com>


Great - thank you!

M



Melissa Martin McBeath | *Area Manager*
2545 E Broadway | Tucson, AZ 85716
Tel: (520) 449-9753



On Wed, Aug 5, 2015 at 11:32 AM, Kevin Kramber <kkramber75@gmail.com> wrote:
 Sure thing...I would prefer in person as it is much more interactive but if you want to take online you can at our
 site www.azliquortraining.com. Please register with the instructions attached. You will need the On Premise
 Basic first $30 and 3 1/2 hrs long then the Mgt $5 and that is about 1 1/2 hrs. Any questions please let me
 know.


Kevin A. Kramber
Town West Realty, Inc.
www.AZLiquorTraining.com

TTC 000711

Direct: 520.235.5684
Fax: 520.575.7784



On Wed, Aug 5, 2015 at 11:27 AM, Mel McBeath <mel@tucsontamalecompany.com> wrote:
Kevin- of course you are correct. I'll have to get recertified then. I'd prefer to do it online. Can you point me in the right direction?

Thanks,

M

Melissa Martin McBeath | *Area Manager*
2545 E Broadway | Tucson, AZ 85716
Tel: (520) 449-9753



On Tue, Aug 4, 2015 at 6:13 PM, Kevin Kramber <kkramber75@gmail.com> wrote:
Thanks for the intro...will request the info and let you each know.

Kevin A. Kramber
Town West Realty, Inc.
www.AZLiquorTraining.com
Direct: 520.235.5684
Fax: 520.575.7784



On Tue, Aug 4, 2015 at 4:22 PM, Sherry Martin <sherry@tucsontamalecompany.com> wrote:

For our liquor license renewal -  we need a manager on file with the liquor license on file

Now you two are in touch
Sherry

--
Sherry Martin
Tucson Tamale Company
520.305.4760 work

2

TTC 000712

# Exhibit F

**Archived:** Tuesday, March 7, 2017 4:08:54 PM
**From:** Mel McBeath
**Sent:** Wed, 12 Aug 2015 11:17:27
**To:** Ehud Gavron
**Subject:** Fwd: Liquor Training
**Importance:** Normal
**Attachments:**
Individual Purchase Instructions 121613.docx

---

So, I need to get recertified because AZ law changed and I have to get the cert from a Title IV approved training place (my previous one was not). This is our liquor license guy that Todd and Sherry use, and I'm about to become the 'manager of record' at all 3 stores.
That being said, can you tell if this course is another one of those stupid ones that I have to WAIT before moving forward with the lesson? If it is, can I impose on you and your Linux fabulousness to NOT have to spend hours waiting for a damn woman to read everything to me? I think I remember saying you were just too cool for school when it comes to that.

:-)

LMK

M


Melissa Martin McBeath | *Area Manager*
2545 E Broadway | Tucson, AZ 85716
Tel: (520) 449-9753
Tucson  Tamale
🐦 | f | 📷 |

---------- Forwarded message ----------
**From: Kevin Kramber** <kkramber75@gmail.com>
Date: Wed, Aug 5, 2015 at 11:32 AM
Subject: Re: Liquor Training
To: Mel McBeath <mel@tucsontamalecompany.com>
Cc: Sherry Martin <sherry@tucsontamalecompany.com>


Sure thing...I would prefer in person as it is much more interactive but if you want to take online you can at our site www.azliquortraining.com. Please register with the instructions attached. You will need the On Premise Basic first $30 and 3 1/2 hrs long then the Mgt $5 and that is about 1 1/2 hrs. Any questions please let me know.


Kevin A. Kramber
Town West Realty, Inc.
www.AZLiquorTraining.com
Direct: 520.235.5684
Fax: 520.575.7784



**DBL K LIQUOR**
CONSULTING


On Wed, Aug 5, 2015 at 11:27 AM, Mel McBeath<mel@tucsontamalecompany.com> wrote:
  Kevin- of course you are correct. I'll have to get recertified then. I'd prefer to do it online. Can you point me in the right direction?

  Thanks,

  M

Exhibit G

**Jamie Archibald**

| | |
|---|---|
| **From:** | Mel M <cochesitos1@gmail.com> |
| **Sent:** | Thursday, May 28, 2015 6:10 AM |
| **To:** | Mel McBeath |
| **Subject:** | Fwd: AH-1F |
| **Attachments:** | _MG_2840.jpg |

---------- Forwarded message ----------
From: "Ehud Gavron" <gavron@wetwork.net>
Date: May 26, 2015 7:48 PM
Subject: AH-1F
To: "Mel M" <cochesitos1@gmail.com>
Cc:

Picture (attached) :)

This is a brief rundown of the AH-1 (Cobra) F variant (block):
http://www.aircav.com/cobra/ah1.html

:)

E

1

Exhibit H



---

**Here ya go!**

2 messages

---

**Shawn Kaylor** <kaylor.shawn@gmail.com>                    Fri, Feb 26, 2016 at 9:50 PM
To: cochesitos1@gmail.com

I found the doc and scanned it.

;)

📄 **scan004.pdf**
385 KB

---

**Mel M** <cochesitos1@gmail.com>                            Fri, Feb 26, 2016 at 9:52 PM
To: Shawn Kaylor <kaylor.shawn@gmail.com>

Oh wow! You didn't have to do that tonight! Thanks lovely!! Te lo agradezco mucho...

[Quoted text hidden]

4.15 - 2.16

| Food Quality | - Helped successfully implement the commissary model at the store level, including changes to scheduling, portioning, freezer processes. |
|---|---|
| | - Ongoing management of the ordering processes from commissary as the process changed weekly towards efficiency. Successfully implemented changes to process at store level from rolling fresh tamales in stores to bulk frozen. Created, with feedback and input from GM's, new panning and storage model, including dating schemas and FIFO processes. |
| | - Implemented the 'Taste our Food' model in all stores used on a daily basis. |
| | - Held teams highly accountable for awareness of food quality during the transition to commissary, including creating opportunity for feedback in real time to me (when a process for feedback to commissary was not yet in place), to consolidate and minimize multi-streams of information to production manager and Todd. Evidenced by two separate stores immediately finding quality issues with the blue and thanksgiving tamales upon placement in store rotation and communicating to me. |
| | - 2 hour temp schedules are now in place at all stores and all FOH trained on process. |
| | - Implemented Serv-Safe training in all stores. There are now certified personnel across all stores, including GM's. Maintain Serv-Safe account and key codes. |
| | - Trained gm's in Revel POS on historic sales trends to provide data for more accurate ordering to reduce waste on fresh product in stores. |
| | - Created an expectation of consistent commitment to quality of product by ensuring a culture of high feedback is maintained at all times. Communicate constantly and openly with production manager (now on drive with new process) on all aspects of quality from consistency of rice, new dressing affect on slaw, salsa inconsistencies, spanish rice coloring, pinto bean inconsistencies, tamale sizing or visual inconsistencies. |
| | - Updated burrito specs and retrained entire crew. Require specs to be visible at station at all 3 stores |
| Customer Service | - Created entirely from an understanding of processes, a FOH new hire training program where no training program existed. All specific skills towards competency in "The Tamale Way" are documented in a 4-day training with GM's solely responsible for all training. Study guides, Tests and a detailed step-by-step process has been successfully implemented company-wide. Solely responsible for maintaining the process and documents current, as changes to our in-store prep and other processes change so does the training manual. |
| | - Respond to all social media reviews in a timely fashion (except for 5 star reviews). Consistently maintain high reviews - 4 ½ stars on Yelp - on service "friendly staff" has been mentioned 30+ x in last year across all platforms. |
| | - Achieved a consistent and ongoing 98% guest satisfaction rating on Groupon site out of 785 responses to date. Personally responded to first 100. |
| | - Identified an underlying inconsistency across stores as to what we do for our guests and the level of hospitality needed. Successfully developed, Implemented and trained all staff on a 'Say Yes to the Guest' campaign and held mandatory store meetings to train, model and reset the expectation. |
| | - Developed, Implemented, trained all FOH on 'Touching Tables' - where no culture for guest interaction existed. Touching Tables is now practiced consistently across all stores, in particular by GM's. |

| | |
|---|---|
| Restaurant Cleanliness and Maintenance | - Functioned as de facto operations manager from April to October, managing repairs to all equipment and facilities. Trained managers on Jira software process to report any equipment maintenance requests and issues.<br>- Function ongoing as SPOC for any urgent maintenance issues i.e. freezer or walk-in failures.<br>- Updated and maintain equipment preferred vendor lists and contacts.<br>- Communicate consistently and with urgency any facility issues i.e., roof leaks, patio flooding, etc.<br>- presented data and vendor information towards updating our water filtration systems across stores as preventative steps to minimize steamer repair costs<br>- Updated and re-implemented weekly and monthly deep cleaning lists at all three stores with ongoing accountability.<br>- Visually inspect stores at all times for cleanliness, record keeping consistency at store level (waste logs, temp logs, cleaning logs), and provide real-time feedback to standards.<br>- Consistently model the 'Restaurant Eyes-Customer Facing' skill set.<br>- Instituted consistent weekly store visits.<br>- Maintain store vehicles, including picking up and dropping off for maintenance at approved vendors, switching vehicles when necessary.<br>- Updated and revised opening and closing checklists per store<br>- Created and implemented per store, per shift prep par lists (ongoing as processes change) |
| Cost Controls | - Developed and implemented end of month store inventories, now an SOP.<br>- Implemented tracking system for employee meals in Revel POS. Provided feedback to change the process from free meals to 50% off, implemented and provided cultural change management through the process.<br>- Continually monitor vendor pricing when able to spot audit invoices.<br>- Provided feedback on need for P & L's per store to more accurately and efficiently track metrics and trends.<br>- Implemented soft and hard beverage inventory into Revel POS to accurately track COGS. Trained GM's on accurately receiving PO's by cross-referencing invoices at point of store delivery.<br>- Developed and implemented tracking system in Revel POS for employee meals and beverages.<br>- Established new relationship with Western Paper as a new preferred vendor to realize substantial savings over previous vendor pricing from previous vendor Albar. Continually look for opportunities to collapse hard goods costs. Worked with Sherry to expose opportunities.<br>- Maintain order guides (including Sysco's until commissary model implemented in November), created and implemented ordering schedules per vendor, including cut off times, delivery days and POC across all stores.<br>- Researched and self-taught purchasing and receiving order process in Revel POS. Beta tested new processes for accuracy. Developed, implemented, documented and trained management team on new processes.<br>- Developed, documented, implemented and trained management team on Revel POS inventory processes,. Including creating process of tracking frozen bags of tamales used for service and the manual inventory adjustment process.<br>- trained managers on process of reconciliation and variance causation<br>- Developed, implemented, documented and trained new invoicing process in |

| | |
|---|---|
| | Revel POS as a new 'Frozen pick-up' standard during holiday season.<br>- **Researched and reset understanding of Revel 'House Accounts' process -** documented and trained GM's on process towards standardization of all catering customer house accounts to accurately capture same day sales as Revel POS is coded.<br>- Proposed changes to comps, voids and discounts processes to account for QSA tracking and budgeting.<br>- Researching to propose new branding in stores on hard goods, containers, cups, bags, along with more collapsible cost potential.<br>- Suggested and implemented wage/role capture in Revel POS to monitor labor percentages in stores accurately. |
| Marketing and Business Development | - Updated beer and wine menus. Leveraged existing wholesale vendor relationships to negotiate preferred pricing. Updated pricing, instituted happy hour in all 3 stores.<br>- Developed, implemented and trained GM's on purchasing/inventory on all case pack beverages in Revel POS.<br>- Monitor sales trends in-store towards product rotation/popularity. Make suggestions to owners re changes in brands, products.<br>- Manage alcohol wholesale vendor relationships to provide opportunities for cost savings. Found an alternative organic tequila to realize 6 pt. margin gain.<br>- Leveraged existing restaurant network and relationships to manage and select high-end, high-impact,  marketing events for the company.<br>- Implemented promotion calendar for store managers, standardized communication process between managers for high-impact crew members to staff public-facing events.<br>- Redesigned and trained managers on event table layout, collateral material, table design and decor for maximum consumer impact.<br>- Maintain and organize all equipment, supplies, tools, decor necessary for proper event execution.<br>- Manage all event applications, including all necessary permits per event.<br>-  Leveraged existing relationships and successful previous event execution, along with company reputation, to gain participation in the Tucson Museum of Art Crush event - a juried, invitation-only event that was closed for 2015, but gained entry for the company.<br>- Added a new line of soft beverages - Jarritos - in stores, adding variety and opportunity for upsell.<br>- Provided SPOC for constant feedback from staff on food quality to ownership and production manager. Recommended standardizing processes across stores. (implemented by production team 2.16)<br>- Created and executed tamale promotion for Oracle location in conjunction with grand opening of Nothing Bundt Cakes.<br>- Create, implement and manage all seasonal and holiday promotions in store. Launch dates, discount management in Revel POS, product in stores, inventory, counter-facing POS.<br>- Meet and coordinate with outsource marketing manager and ownership bi-weekly.<br>- Launched first-ever Groupon promotion with less than 48 hours notice in month 4 with ownership away. Acquired merchant-level access, researched and beta tested all implementation points prior to launch. Programmed and delivered all 3 stores' hardware to scan and redeem - iphones and tablets. Trained all staff on use, expectations of email capture, and opportunity to create recurring |

| | |
|---|---|
| | - same-store traffic from second-to-none hospitality to all guests.<br>- Launched and managed - with Todd- a green chile roasting promotion at Tanque Verde location on recurring Saturdays during fall harvest. Pushed finished product to all locations for upsell purchase at counters.<br>- Regularly and weekly work counter at all locations to interact with guests, model for staff, and maintain 'eyes-on' demographics, shift trends, guest perception, hospitality.<br>- Worked with new catering sales manager to review and revise current catering processes document. Proposed changes to catering order form, implemented and trained staff on new processes.<br>- Participated in suggested changes to Broadway processes and facility to maximize catering sales. Implementation of Oracle catering business into Broadway in progress.<br>- Collaborated with GM of Broadway location to propose hot line effeciencies/changes in equipment layout and redesign to maximize dining sales and collapse ticket times.<br>- Personally respond to customer complaint emails, in writing and phone calls, on an ongoing basis, to recapture guests and maintain low QSA #'s. |
| Employee Engagement and Retention | - Participate in FOH new staff interviews and hiring process.<br>- Monitor and evaluate training process of all new hires with GM's.<br>- Implemented documentation of training program to be placed in employee permanent file.<br>- Participated in development and implementation of the 'progressive discipline' model for staff. Ongoing use and accountability.<br>- Developed, trained and implemented FOH training.<br>- Trained and introduced staff on new 30 day evaluation process.<br>- Introduced the '1 on 1' high-feedback communication process for ongoing staff development and highest levels of employee identification with enterprise brand.<br>- Implemented, model and train 'servant leadership' concepts. Servant Leaders engender trust, which catalyzes higher levels of worker engagement, the offering of the workers' discretionary effort and ideas, and greater speed in change and innovation.<br>- Contributed to creation of materials and processes for new 90 day crew evaluations to be implemented 2.16.<br>- Proposed changes to tip pool processes. Recommended and informed ownership of potential legal liabilities as well as consequences affecting culture and morale.<br>- Recommended raises and provided ongoing input and continued requests for tools and processes towards pay parity for staff.<br>- Proposed access to 3rd party payroll provider to maintain employee records, calendar dates for evaluations, and general benchmark timeline per crewmember.<br>- Managed change and feedback from crew through high-level company employee policy changes -new meal program, changes in holiday store hours, new holidays open. Instituted an 'on-the-spot' 1:1's immediately after announcement for all crew members to hear feedback, concerns, fears. Personally spoke with every crewmember over the course of 2 weeks during holiday seasonal rush.<br>- Suggested holiday/high season bonuses for managers and store crew.<br>- Implemented 'Two Days Off' standard for GM's per week.<br>- Researched and implemented with managers and staff use of 'Crew' 3rd party application software to streamline employee communication, shift changes, schedule posting for individual store teams.<br>- Implemented schedule postings on Tuesdays prior to future week (from previous Thursdays) to allow staff more room for personal time management. |

TTC 000977

|  | - Serve as 'Acting GM' for managers during PTO.<br>- Suggested changes to cash handling and reporting to create efficiencies for GM's and leads. Worked with Sherry to implement revised processes in stores.<br>- Serve as leadership development trainer for GM's. Engage in weekly 1:1's. Provide education through books, articles, leadership theory research (using the Integrated Psychological Theory - 3 P's in practice) to create a culture of shared leadership. |
|---|---|
| Administration | - Researched and resolved 'expected cash/actual cash discrepancy on Revel POS operations reports.<br>- Researched last Revel POS version update notes. Implemented, with Joshua Cooper, upgrades to software at stores.<br>- Trained GM's on higher level Revel reporting on historical sales data. Trained on use to forecast scheduling, ordering and trends awareness.<br>- Weekly monitoring of 'Daily Reports' per store.<br>- Administer, when necessary, corrective actions to administer prompt, fair and consistent corrective action. Participate in crew discipline processes with GM's as needed and/or requested.<br>- Manage and monitor - with Joshua Cooper, all POS and back office systems<br>- Engage in weekly 1:1's with Sherry as her direct report.<br>- Monitor, in conjunction with Production Manager, all commissary and warehouse orders from stores. Ensure that orders are timely and consistent.<br>- Developed and implemented manual inventory adjustments. Trained GM's on inventory reconciliation and micro auditing.<br>- Developed and implemented proper receiving procedures at dock door. Capture in Revel POS and invoice reconciliation.<br>- Ongoing training of GM's on high level business writing skills.<br>- Ongoing training of GM's on proper documentation of employee disciplinary documents, in particular termination forms and verbage/style usage.<br>- Ongoing monitoring of store schedules. Make/suggest changes when necessary to ensure managers are scheduling to align with business needs and fluctuations.<br>- Suggest revisions of policy documents when necessary, including up-to-date employee manuals.<br>- Participated in creation of GM evaluations (to be implemented 2.16)<br>- Created 90-day FOH evaluation hard-skills tests. Participated, with executive team, on all aspects of this new tool. (to be implemented 2.16)<br>- Participate in all executive team development meetings with Lisa as invited.<br>- Ongoing adherence to all federal, state, county and municipal regulations that pertain to health, safety and labor requirements of restaurant, employees, guests. |

# Exhibit I

 Gmail

**Joshua Cooper <cooperjoshua@gmail.com>**

---

## 2016-11 Joshua Cooper Declaration.docx
3 messages

**Mel M (via Google Drive)** <cochesitos1@gmail.com>                    Wed, Jan 4, 2017 at 10:09 AM
Reply-To: Mel M <cochesitos1@gmail.com>
To: cooperjoshua@gmail.com

Mel M has shared the following document:

W   2016-11 Joshua Cooper Declaration.docx

Google Drive: Have all your files within reach from any device.                  **Google**
Google Inc. 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA

---

**Joshua Cooper** <cooperjoshua@gmail.com>                        Thu, Jan 12, 2017 at 8:17 PM
To: Mel M <cochesitos1@gmail.com>

Hey Mel,

Sorry this took so long to review.

10. has a type

I no longer work at EtQ :P.

Other than that it mostly looks accurate.
[Quoted text hidden]
--
Joshua

---

**Mel M** <cochesitos1@gmail.com>                            Thu, Jan 12, 2017 at 9:28 PM
To: Joshua Cooper <cooperjoshua@gmail.com>

Thank you, Sir. Will clean up for your final/final.

Muchas Gracias,

M
[Quoted text hidden]

TTC 000990

# Exhibit J

FARHANG & MEDCOFF

1

2   FARHANG & MEDCOFF
    4801 E. Broadway Boulevard, Suite 311
3           Tucson, Arizona 85711
              T: 520.790.5433
4
    Ali J. Farhang (#019456) (PAN 65507)
5   afarhang@fmazlaw.com
    Roberto C. Garcia (#026246) (PAN 66152)
6   rgarcia@fmazlaw.com
    Travis L. Tufts (#029373) (PAN 89943)
7   ttufts@fmazlaw.com

8   Attorneys for Defendants

9          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10             IN AND FOR THE COUNTY OF PIMA

11

12  MELISSA   MARTIN   MCBEATH,   an      No. C20161794
    individual,
13                                        **DEFENDANT TUCSON TAMALE**
                        Plaintiff,        **COMPANY'S FIRST SET OF**
14                                        **REQUESTS FOR PRODUCTION**
         v.                               **TO PLAINTIFF**
15
    TUCSON   TAMALE   COMPANY,   an       Assigned to the Hon. Gus Aragon
16  Arizona corporation; TODD RUSSELL
    MARTIN,   an   individual;   SHERRY
17  MARTIN,   an   individual;   and LISA
    MARTIN, an individual,
18
                       Defendants.
19

20  TUCSON   TAMALE   COMPANY,   an
    Arizona corporation,
21
                    Counterclaimant,
22
         v.
23
    MELISSA   MARTIN   MCBEATH,   an
24  individual; JOHN DOE MCBEATH, an
    individual;  WHITE  CORPORATIONS
25  I-X;  BLACK  LIMITED  LIABILITY
    COMPANIES     I-X;        GRAY
26  PARTNERSHIPS I-X; and JOHN DOES
    I-X and JANE DOES I-X,
27
                  Counterdefendants.
28

00267193.1

**TO:   PLAINTIFF MELISSA MARTIN MCBEATH**

Defendant Tucson Tamale Company ("TTC"), by and through undersigned counsel and pursuant to Arizona Rule of Civil Procedure 34, hereby submit the following requests for production and asks that you respond as required by law.

## DEFINITIONS

1.     "Plaintiff," "you," or "your," refers to Plaintiff Melissa Martin McBeath, her agents, attorneys, investigators, employees, representatives, consultants, officers, and all other persons acting or purporting to act on her behalf.

2.     "Document(s)" as utilized in these interrogatories is intended to have the broadest possible meaning and to include anything coming within the definitions of "writings," "recordings," and "photographs" set forth in Arizona Rule of Evidence 1001. "Document(s)" include(s), without limitation, any physical thing containing information, including without limitation of the generality of the foregoing, any affidavit, agreement of any kind (or memorandum thereof), analysis, application, appointment calendar, appraisal, assignment, audit, bankbook, bank statement, bill, bill of lading, bill of sale, blueprint, book of account, bulletin, canceled check, card, certificate (of any kind), chart, check, checkbook, check stub, compilation of data or statistics, computer input or output material (including, but not limited to, any computer program, printout or plotter output), computer storage device (including, but not limited to, magnetic tape, paper tape, magnetic disk, magnetic card, punch card, mass storage device, diskette, floppy disk, core storage or other computer memory), contract, correspondence (sent or received), data sheet, diagram, diary, diploma, drawing, evaluation, examination or examination results, film (whether or not developed), financial statement, financing statement, forecast or projection, form (whether or not filled out), graph, instructions, instrument (including, but not limited to, any negotiable or non-negotiable instrument), inventory, invoice, ledger sheet, list, log or logbook, manuscript, map, memorandum, message (including, but not limited to, any conversation, telephone conversation, personal interview or conference), notes or summarization of any meeting

FARHANG & MEDCOFF

00267193.1

(including, but not limited to, any negotiations, class, seminar, conference, rally, convention, lecture, session or formal or informal discussion), outline, painting, paper, patent or patent application, photograph or photographic negative (including, but not limited to, any x-ray, slide, movie or videotape), plans, planning materials, preliminary drawing, promissory note or other evidence of indebtedness, position paper, prospectus, publication (including, but not limited to, any book, booklet, circular, magazine, newspaper, pamphlet or periodical), purchase order, questionnaire, raw or uncompiled data or statistics, receipt, report, schedule, schematic, scroll, specifications, statement, study, survey, tablet, telegram (sent or received), telex, test or test results, ticket or ticket stub, voucher, warrant, working paper, writing, or other data compilation from which information can be obtained or translated through detection devices to reasonably usable form when translation is practicable or necessary, and includes any original draft (with or without notes or changes thereon) of any of the foregoing. Any such document bearing on any portion thereof any mark (including, but not limited to, initials, stamped indicia, comments of notations of any character) not a part of the original test or photographic reproduction thereof, is to be considered as a separate document.

3.      "Relating to" or "relate to" shall mean mentioning, discussing, including, summarizing, describing, reflecting, supporting, containing, referring to, relating to, depicting, connected with, embodying, evidencing, constituting, concerning, reporting or pertaining to, in whole or in part.

4.      "Communicate" or "communication(s)" means, without limitation, any transmittal of information (in the form of facts, ideas, inquiries or otherwise).

5.      "Any," "each" and "all" shall be read to be all inclusive, and to require the enumeration of each and every item of information or document responsive to the interrogatory in which such term appears, and the production of each and every document responsive to the particular request for production in which such term appears.

6.      "And" and "or" and any other conjunctions or disjunctions used herein shall be read both conjunctively and disjunctively so as to require the enumeration of all information

FARHANG & MEDCOFF

00267193.1

1  responsive to all or any part of each interrogatory in which any conjunction or disjunction

2  appears, and the production of all documents responsive to all or any part of each particular

3  request for production in which any conjunction or disjunction appears.

4  7.    A pronoun shall be deemed to designate the masculine, feminine, or neuter gender,

5  and singular or plural, as in each case may be appropriate.

6  ## **REQUESTS FOR PRODUCTION**

7  1.    Produce all documents that you referred to or relied upon in responding to Defendant

8  TTC's Requests for Admission or Non-Uniform Interrogatories served upon you

9  contemporaneously herewith, and those served upon you in the future.

10

11  2.    Produce any and all documents including, but not limited to, applications submitted,

12  resumes submitted, and offer letters received regarding all jobs/positions applied for or

13  offered to you:

14        a.  During the one year period preceding your acceptance of employment with

15            TTC;

16        b.  At any point after your acceptance of employment with TTC; and

17        c.  After your termination of employment with TTC.

18  3.    Produce any and all documents regarding your claims for unemployment benefits.

19  4.    Produce any and all TTC information in your possession including, but not limited

20  to:

21        a.  TTC's Confidential Information (as defined in Defendants' Amended

22            Counterclaims);

23        b.  Corporate documentation;

24        c.  Business prospectus;

25        d.  Vendor/supplier data;

26        e.  Inventories;

27        f.  Menus; and

28        g.  Promotional materials.

FARHANG & MEDCOFF

00267193.1

- 4 -

5.     Produce any and all documents reflecting communications between you and Maximillian Ivankovich related to TTC's business, employment with TTC, and this lawsuit including, but not limited to:

      a.  E-mail communications;

      b.  Text messages;

      c.  Letters; and

      d.  Social media messages.

6.     Produce any and all documents reflecting communications between you and Francisco X. Marquez a.k.a. "Xavier Molina" since January 1, 2015 related to TTC's business, your employment with TTC, and this lawsuit including, but not limited to:

      a.  E-mail communications;

      b.  Text messages;

      c.  Letters;

      d.  Social media messages;

      e.  Contracts for services;

      f.  Retainer agreements;

      g.  Written memorialization's of conversations;

      h.  Invoices; and

      i.  Draft documents utilized to prepare litigation materials.

7.     Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 related to TTC's business, your employment with TTC, and this lawsuit including, but not limited to:

      a.  E-mail communications;

      b.  Text messages;

      c.  Letters;

      d.  Social media messages;

      e.  Contracts for services;

      f.  Retainer agreements;

FARHANG & MEDCOFF

00267193.1

1           g.  Written memorialization's of conversations;

2           h.  Invoices; and

3           i.  Draft documents utilized to prepare litigation materials.

4    8.     Produce any and all documents reflecting communications between you and

5    Defendants relating to TTC's business, your employment with TTC, and this lawsuit

6    including, but not limited to:

7           a.  Communications with the named Defendants;

8           b.  Communications with TTC employees; and

9           c.  Communications with Defendants' vendors/suppliers.

10   9.     Produce any and all documents reflecting communications between you and any

11   other person with whom you have discussed the facts related to this lawsuit for the period

12   of January 1, 2015 to the present date.

13   10.    Produce any and all documents supporting your contention that you were promised

14   the Business Development Manager position with TTC.

15         DATED this 2nd day of August 2016.

16                            FARHANG ⹂ MEDCOFF

17

18                       By /s/ Travis L. Tufts
                        Ali J. Farhang

19                           Roberto C. Garcia
                        Travis L. Tufts

20

21   ORIGINAL of the foregoing served via First Class
    U.S. Mail and email this 2nd day of August 2016 to:

22

23   Melissa Martin McBeath
    3463 E. Terra Alta Blvd.

24   Tucson, AZ 85716
    mel.mcbeath@cox.net

25   *Pro Se*

26

27   /s/Letitia L. Wright

28

*FARHANG & MEDCOFF*

00267193.1

# Exhibit K

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00326586.1

FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Melissa Martin McBeath, an individual, | NO. CV 16-462-TUC-DCB (BPV) |
|---|---|
| Plaintiff, | **SHERRY MARTIN'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF** |
| v. | |
| Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual, | Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Defendants. | |
| Tucson Tamale Company, an Arizona corporation, | |
| Counterplaintiff, | |
| v. | |
| Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife, | |
| Counterdefendants. | |

**TO:   PLAINTIFF MELISSA MARTIN MCBEATH**

Defendant Sherry Martin, by and through undersigned counsel and pursuant to

1   Federal Rule of Civil Procedure 34, hereby submits the following requests for production

2   and asks that you respond as required by law at undersigned counsel's address of record

3   indicated above.

4        If you contend that any document requested is protected from disclosure by the

5   attorney-client privilege, by the work product doctrine, or by any other claimed privilege,

6   in a **privilege log** you must:

7        (a)    Identify the document request to which the withheld document is responsive;

8        (b)    Specify the nature of the protection claimed;

9        (c)    Describe the precise ground for the protection; and

10       (d)    Identify the document with particularity, including its author, dates of

11             authorship and publication, all recipients of the document, the subject matter,

12             and the number of pages.

13                      **DEFINITIONS**

14   1.     "Plaintiff," "you," or "your," refers to Plaintiff Melissa Martin McBeath, her agents,

15   attorneys, investigators, employees, representatives, consultants, officers, and all other

16   persons acting or purporting to act on her behalf.

17   2.     "Document(s)" as utilized in these interrogatories is intended to have the broadest

18   possible meaning and to include anything coming within the definitions of "writings,"

19   "recordings," and "photographs" set forth in Federal Rule of Evidence 1001.

20   "Document(s)" include(s), without limitation, any physical thing containing information,

21   including without limitation of the generality of the foregoing, any affidavit, agreement of

22   any kind (or memorandum thereof), analysis, application, appointment calendar, appraisal,

23   assignment, audit, bankbook, bank statement, bill, bill of lading, bill of sale, blueprint, book

24   of account, bulletin, canceled check, card, certificate (of any kind), chart, check, checkbook,

25   check stub, compilation of data or statistics, computer input or output material (including,

26   but not limited to, any computer program, printout or plotter output), computer storage

27   device (including, but not limited to, magnetic tape, paper tape, magnetic disk, magnetic

28   card, punch card, mass storage device, diskette, floppy disk, core storage or other computer

memory), contract, correspondence (sent or received), data sheet, diagram, diary, diploma, drawing, evaluation, examination or examination results, film (whether or not developed), financial statement, financing statement, forecast or projection, form (whether or not filled out), graph, instructions, instrument (including, but not limited to, any negotiable or non-negotiable instrument), inventory, invoice, ledger sheet, list, log or logbook, manuscript, map, memorandum, message (including, but not limited to, any conversation, telephone conversation, personal interview or conference), notes or summarization of any meeting (including, but not limited to, any negotiations, class, seminar, conference, rally, convention, lecture, session or formal or informal discussion), outline, painting, paper, patent or patent application, photograph or photographic negative (including, but not limited to, any x-ray, slide, movie or videotape), plans, planning materials, preliminary drawing, promissory note or other evidence of indebtedness, position paper, prospectus, publication (including, but not limited to, any book, booklet, circular, magazine, newspaper, pamphlet or periodical), purchase order, questionnaire, raw or uncompiled data or statistics, receipt, report, schedule, schematic, scroll, specifications, statement, study, survey, tablet, telegram (sent or received), telex, test or test results, ticket or ticket stub, voucher, warrant, working paper, writing, or other data compilation from which information can be obtained or translated through detection devices to reasonably usable form when translation is practicable or necessary, and includes any original draft (with or without notes or changes thereon) of any of the foregoing.  Any such document bearing on any portion thereof any mark (including, but not limited to, initials, stamped indicia, comments of notations of any character) not a part of the original test or photographic reproduction thereof, is to be considered as a separate document.

3.      "Relating to" or "relate to" shall mean mentioning, discussing, including, summarizing, describing, reflecting, supporting, containing, referring to, relating to, depicting, connected with, embodying, evidencing, constituting, concerning, reporting or pertaining to, in whole or in part.

4.      "Communicate" or "communication(s)" means, without limitation, any transmittal

00326586.1

1   of information (in the form of facts, ideas, inquiries or otherwise).

2   5.    "Any," "each" and "all" shall be read to be all inclusive, and to require the

3   enumeration of each and every item of information or document responsive to the

4   interrogatory in which such term appears, and the production of each and every document

5   responsive to the particular request for production in which such term appears.

6   6.    "And" and "or" and any other conjunctions or disjunctions used herein shall be read

7   both conjunctively and disjunctively so as to require the enumeration of all information

8   responsive to all or any part of each interrogatory in which any conjunction or disjunction

9   appears, and the production of all documents responsive to all or any part of each particular

10   request for production in which any conjunction or disjunction appears.

11   7.    A pronoun shall be deemed to designate the masculine, feminine, or neuter gender,

12   and singular or plural, as in each case may be appropriate.

13   **REQUESTS FOR PRODUCTION**

14   1.    Produce all content in its native form from your personal e-mail mailboxes,

15   including but not limited to cochesitos1@gmail.com, relating to:

16          a.  Tucson Tamale Company

17          b.  Todd Russell Martin

18          c.  Sherry Martin

19          d.  Lisa Martin

20          e.  Shawn Kaylor

21          f.  Delaney Hare

22          g.  Meaghan Anderson

23          h.  Joshua Cooper

24          i.  Maximillian Ivankovich

25          j.  Ernesto Chavez

26          k.  Ehud Gavron

27          l.  Francisco Xavier Marquez

28

1    DATED this 24th day of May, 2017.

2                                    FARHANG △ MEDCOFF

3

4                                    By /s/ Travis L. Tufts
                                         Ali J. Farhang
5                                        Roberto C. Garcia
                                         Travis L. Tufts
6
                                     Attorneys for Defendants / Counterplaintiff
7

8    ORIGINAL of the foregoing served via e-mail
     and First Class U.S. Mail this 24th day of May, 2017 to:
9
     Melissa Martin McBeath
10   3463 E. Terra Alta Blvd.
     Tucson, AZ 85716
11   mel.mcbeath@cox.net

12
     /s/ Lynn Salcido
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00326586.1

# Exhibit L

**Tish Wright**

| | |
|---|---|
| **From:** | Mel <mel.mcbeath@cox.net> |
| **Sent:** | Monday, March 2, 2015 6:16 PM |
| **To:** | mel mcbeath |
| **Subject:** | Fwd: Re: Thank you! |
| **Attachments:** | Untitled attachment 00042.txt; Untitled attachment 00045.html; Untitled attachment 00048.txt |

Melissa Martin McBeath
520.449.9753

Sent from my Verizon Wireless 4G LTE smartphone

Exhibit M

**Tish Wright**

| | |
|---|---|
| **From:** | Travis L. Tufts |
| **Sent:** | Friday, July 7, 2017 11:06 AM |
| **To:** | 'Mel McBeath' |
| **Cc:** | Tish Wright; Lynn Salcido; Jamie Archibald; Robert Garcia |
| **Subject:** | RE: reschedule |
| **Attachments:** | 2017 0623 Melissa Martin McBeath's Response to Sherry Martin's First Request for Production of Documents (00330790xC01F0).PDF |

Ms. McBeath,

Thank you for taking time this morning to meet and confer on your responses to Sherry Martin's requests for production, attached.

As we discussed, you responded that you have produced all documents in your possession, custody, or control related to Tucson Tamale, Todd Russell Martin, Sherry Martin, Lisa Martin, Shawn Kaylor, Delaney Hare, Meaghan Anderson, and Joshua Cooper. I showed you a number of documents, including an e-mail exchange between the cochesitos1@gmail.com address and Joshua Cooper in January 2017 as well as e-mails that were sent to/from the cochesitos e-mail address during your employment (see e.g. TTC 706), which have not been produced by you in the case. You seemed to think you produced responsive e-mails from the cochesitos address already, but, based on my review, I could find only one e-mail which related to your TTC application process. If you did produce e-mails that you believe are responsive to this RFP, please let me know when/how they were produced because I cannot find the production of these e-mails in either the state court or federal court matter.

Additionally, we agreed that you would go back through your cochesitos e-mail address and produce those e-mails that fall under categories a. through h. (Tucson Tamale Company, Todd Russell Martin, Sherry Martin, etc.) from January 2015 through present relating to Tucson Tamale Company or this lawsuit. I understand your belief that many e-mails may no longer exist, but I believe you agreed that we are entitled to know what remains in your possession.

You were separately concerned with the request related to Maximillian Ivankovich and Ernesto Chavez given your personal relationships with the two. To be clear, we are not interested in the personal matters between you and these two individuals. We are seeking those e-mails exchanged with Messrs. Ivankovich and Chavez related to Tucson Tamale Company or this lawsuit. Additionally, with respect to Ernesto Chavez, you explained that both your ex-husband and your son are named Ernesto Chavez, thus there is some ambiguity about the individual we are referencing. As I indicated in our meeting, we are seeking e-mails with your ex-husband Ernesto Chavez. You agreed to review and produce those e-mails exchanged with Messrs. Ivankovich and Chavez related to Tucson Tamale Company or this lawsuit from January 2015 to present.

Finally, based on your objection that the e-mail requests related to Ehud Gavron and Francisco X. Marquez are privileged, we agreed you would produce a privilege log identifying those e-mails which you believe fall under the scope of the privilege. (See Fed. R. Civ. P. 26(b)(5)).

Although we did not discuss this specifically, please keep in mind we are seeking the content in native form, as the RFP states. We will look forward to your production in 10 days.

Best Regards,

Travis

1

Travis L. Tufts
Effective May 1, 2017: ttufts@fmlaw.law
Profile | vCard
4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
General: 520.790.5433 | Direct: 520.398.7466 | Fax: 520.790.5736 www.fmlaw.law


-----Original Message-----
From: Mel McBeath [mailto:mel.mcbeath@cox.net]
Sent: Wednesday, July 5, 2017 11:29 AM
To: Travis L. Tufts <ttufts@fmlaw.law>
Subject: reschedule

Travis,

My apologies, but I need to reschedule our meeting. Friday is fairly open or anytime next week.

Thank you,


Melissa

# Exhibit N

## Travis L. Tufts

| | |
|---|---|
| **From:** | Travis L. Tufts |
| **Sent:** | Friday, July 21, 2017 3:51 PM |
| **To:** | 'Mel McBeath' |
| **Cc:** | Robert Garcia; Jamie Archibald; Tish Wright; Lynn Salcido |
| **Subject:** | McBeath v. Tucson Tamale Co. |
| **Attachments:** | 2017 0623 Melissa Martin McBeath's Response to Sherry Martin's First Req....pdf; 2017 0721 Order regarding outstanding motions (Doc No 84) (00334356xC01F....pdf; 2017 0721 Order Setting Rule 16 Scheduling Conference (00334357xC01F0).PDF; Defendant's Second Set of Requests for Production to Plaintiff (00334420xC01F0).PDF; RE: reschedule |

Ms. McBeath,

I write to follow up on a few matters in this case.  First, when we met two weeks ago to discuss your responses to Sherry Martin's requests for production, I narrowed the scope of the request and you agreed to a production within 10 days of that meeting.  I confirmed this in an e-mail, attached, and received no response from you indicating your inability to produce the e-mails within the stated timeframe.  My calendar shows that the 10 day deadline expired on Monday of this week (July 17, 2017).  We have not received your responses and/or the privilege log.  When can we expect your responses?  We prefer not to file a motion to compel on this issue but will be forced to do so if you do not produce the e-mails within 1 week from today.

Second, as I am sure you have seen or will see in the Court's Order, attached, the Court denied your Motion for a Protective Order to Shield Francisco Marquez from discovery in its entirety.  Additionally, the Court granted your motion to shield Ehud Gavron but only with respect to discovery "related to facts known or opinions held by him with regard to the [Stored Communications Act] claim after May 26, 2016."  In light of the Court's rulings and with regard to your anticipated production from your cochesitos@gmail.com address, please include all correspondence with Francisco Marquez and all non-SCA correspondence with Mr. Gavron within 1 week from today.  I assume that, since you were initially planning on identifying this correspondence in a privilege log, the correspondence is readily available for production without further delay.

Third, attached please find Defendant's Second Set of Requests for Production in this case.  Please let me know if you are unable to open the attachment.  We will send a hard-copy in the mail as well.

Fourth, and as we discussed and agreed in your deposition, we want to schedule your deposition on the matters now deemed discoverable by the Court.  Please provide us a set of dates you are available the week of August 13th and the week of August 20th.

And last, the Court's Rule 16 Scheduling Order, attached, sets a Rule 16 scheduling conference on August 1, 2017.  Therein, the Court asks the parties to confer at least 21 days in advance of the conference to discuss Rule 26(f) topics and then file a joint report reflecting the discussions five (5) days before the hearing.  By my calendar that makes our joint report due next Thursday, July 27, 2017.  Since we are facing a short turnaround time to prepare the joint report, can you meet with either us early next week to discuss Rule 26(f) and the proposed deadlines requested in the Order?  Please let us know your availability as soon as possible.

Thanks and have a nice weekend.

Travis

**FARHANG MEDCOFF**
——— Attorneys ———

**Travis L. Tufts**
**Effective May 1, 2017: ttufts@fmlaw.law**
Profile   vCard
4801 East Broadway Boulevard   Suite 311   Tucson, Arizona 85711
General: 520.790.5433   Direct: 520.398.7466   Fax: 520.790.5736
www.fmlaw.law

# Exhibit O

MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph:  (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH,<br>  an individual,<br><br>          Plaintiff,<br>     v.<br><br>TUCSON TAMALE COMPANY, an<br>Arizona corporation;<br>TODD RUSSELL MARTIN;<br>an individual;<br>SHERRY MARTIN, an individual; and<br>LISA MARTIN, an individual,<br><br>          Defendants.<br><br>———————————————<br><br>AND TUCSON TAMALE COMPANY'S<br>RELATED COUNTERCLAIMS | Case No. CV 16-462-TUC-DCB (BPV)<br><br><br>**MELISSA MARTIN McMEATH'S<br>RESPONSE TO SHERRY MARTIN'S<br>FIRST REQUEST FOR<br>PRODUCTION OF DOCUMENTS**<br><br>[Fed. R. Civ. P. 34]<br><br>———————————————<br><br>Assigned to Hon. David C. Bury<br><br>Complaint filed:  July 11, 2016 |

11039.1

1    Pursuant to Federal Rule of Civil Procedure 34, Melissa Martin McBeath

2  (*"Plaintiff"*) hereby responds to Defendant Sherry Martin's First Request For

3  Production of Documents:

4  **DOCUMENT REQUEST NO 1:**

5    Produce all content in its native form from your personal e-mail mailboxes,

6  including but not limited to *cochesitos1@gmail.com*, relating to:

7
  a.    Tucson Tamale Company
8    b.    Todd Russell Martin
9    c.    Sherry Martin
     d.    Lisa Martin
10    e.    Shawn Kaylor
11    f.    Delaney Hare
12    g.    Meaghan Anderson
     h.    Joshua Cooper
13    i.    Maximillian Ivankovich
14    j.    Ernesto Chavez
     k.    Ehud Gavron
15    l.    Francisco Xavier Márquez
16

17  **RESPONSE**

18    Plaintiff has produced all documents in her possession, custody or control

19  responsive to this Request that relate to Tucson Tamale Company, Todd Russell

20  Martin, Sherry Martin, Lisa Martin, Shawn Kaylor, Delaney Hare, Meaghan

21  Anderson and Joshua Cooper.

22    Maximillian Ivankovich is Plaintiff's son and the other three remaining

23  named individuals are friends Plaintiff has known for decades. With respect to

24  these individuals, Plaintiff objects on grounds that this Request is overbroad as to

25  time and vague as to subject matter.

26    Some of the information requested may further be protected by Plaintiff's

27  right of privacy or F. R. Civ. P. 26(b)(3) (expert work-product privilege) and F. R.

28  Civ. P. 26(b)(4)(B) (expert retained only for trial preparation).

**VERIFICATION**

I, Melissa Martin McBeath, am the Plaintiff/Counterdefendant in the above-titled action. I have read the factual responses in

**MELISSA MARTIN McBEATH'S RESPONSE TO SHERRY MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

The factual responses are within my own knowledge and I know those facts to be true, except as to those matters stated upon my information and belief, and as to those matters I also believe them to be true.

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct. June 23, 2017.

_____

Melissa Martin McBeath

1

## CERTIFICATE OF SERVICE

2

3

I, Melissa Martin McBeath, declare as follows:

I am over the age of eighteen years and a party to this action.

4

5

6

| MELISSA MARTIN MCMEATH'S RESPONSE TO SHERRY MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |

7

8

On June 23, 2017, I served a true and correct copy of the within document(s):

9

10

☐  by **U.S. MAIL.** I placed the document(s) listed above in a sealed envelope, addressed as set forth below, with postage thereon fully prepaid, and deposited such envelope for collection.

11

12

13

☐  by **HAND DELIVERY.** I personally delivered the document(s) listed above, addressed as set forth below.

14

15

16

17

☒  by **ELECTRONIC SUBMISSION.**  I electronically served the document(s) listed above to the following person(s) pursuant to Federal Rules of Civil Procedure 5(b)(2)(E). The parties have a written agreement to accept service electronically.

18

19

20

21

22

23

Roberto C. Garcia
*rgarcia@fmlaw.law*
Travis L. Tufts
*ttufts@fmlaw.law*
Farhang & Medcoff PLLC
4801 E Broadway Blvd., Ste. 311
Tucson, AZ 85711
520-790-5433

24

25

26

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

27

28

_____
Melissa Martin McBeath

# Exhibit P

## Tish Wright

| | |
|---|---|
| **From:** | Travis L. Tufts |
| **Sent:** | Tuesday, March 21, 2017 2:29 PM |
| **To:** | Tish Wright |
| **Subject:** | FW: discovery/calendar |
| **Importance:** | High |

---------- Forwarded message ----------
From: **Ehud Gavron** <gavron@wetwork.net>
Date: Mon, Jun 27, 2016 at 9:09 PM
Subject: discovery/calendar
To: "Francisco X. Márquez" <fxm@marquezlegal.com>, Mel McBeath <mel@tucsontamalecompany.com>

6/13 we received the RFAs but not the UIs.  Calendar
spreadsheet shows UIs.

I don't want to "edit this out from under you" so please
advise if in the future if we see something like this to
correct it or TELL YOU so you can correct it.

Also they are late.  All inters due 6/24 and there's no
vay they snail-mailed them [because to effect Rule 4
service they'd have to Certified/Registered return-receipt...
and that obviates the agreement to electronic service]

E