# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>　　　　　Defendants.<br><br>―――――――――――――――――<br><br>Tucson Tamale Company, an Arizona corporation,<br><br>　　　　　Counterplaintiff,<br><br>　v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>　　　　　Counterdefendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS RESPONSIVE TO DEFENDANT SHERRY MARTIN'S FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |

The Court having considered Defendants' Motion to Compel Plaintiff's Production of Documents Responsive to Defendant Sherry Martin's First Set of Requests for Production ("MTC"), and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' MTC is granted and Plaintiff must produce the responsive e-mails including, but not limited to, the e-mails she has refused to produce that were exchanged with Gavron, Marquez, Chavez, TTC's current and former

00336798.1

1 | employees; and

2 | **IT IS FURTHER ORDERED** that Defendants are awarded their attorneys' fees and costs associated with bringing the MTC pursuant to Rule 37(a)(5)(A) and the Court's Order (Doc. No. 84). Defendants shall submit an affidavit of fees and costs within 14 days.

00336798.1