MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph:  (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, | Case No. CV 16-462-TUC-DCB (BPV) |
| Plaintiff, v. | **MELISSA MARTIN McBEATH DECLARATION IN RESPONSE / OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO SHERRY MARTIN'S FIRST SET OF REQUESTS FOR PRODUCTION** |
| TUCSON TAMALE COMPANY, an Arizona corporation; TODD RUSSELL MARTIN; an individual; SHERRY MARTIN, an individual; and LISA MARTIN, an individual, | |
| Defendants. | Fed. R. Civ. P. 34(b) and 37(a) L. R. Civ. 7.2(j) |
| AND TUCSON TAMALE COMPANY'S RELATED COUNTERCLAIMS | Assigned to Hon. David C. Bury Complaint filed:  July 11, 2016 |

I, MELISSA MARTIN McBEATH, declare:

1.     I am the Plaintiff and Counter-defendant in this action. This declaration is submitted to respond to and oppose the Motion to Compel Production of Documents Responsive to Sherry Martin's First Set of Requests For Production filed by Tucson Tamale Company (***"TTC"***), Todd Russell Martin, Sherry Martin and Lisa Martin. (Dkt 94)

2.     I have personal, first-hand knowledge of all matters stated herein and, if called to testify as to these matters, I could and would do so competently.

3.     The Motion to Compel should be denied in its entirety because Defendants have created an internecine controversy where none exists. When defense counsel Travis Tufts asked me to search for responsive emails I may have in my personal email account *cochesitos1@gmail.com* that I may have missed, I assured him that I would look and produce them if I found any.

4.     As agreed, I conducted a thorough search not only of *cochesitos1@gmail.com* but also *mel.mcbeath@cox.net*. I found only a few email exchanges I had with Joshua Cooper that I had not turned over, which have now been produced.

5.     Attached as **Exhibit A** is my verified response to DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF. This response is not due yet (it was served on July 21, 2017), but I responded early so that the Court may see that I simply do not have any of the documents defense counsel is convinced I'm withholding.

6.     Attached as **Exhibit B** is my verified SUPPLEMENTAL RESPONSE TO SHERRY MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, which emphasizes what I've been telling defense counsel since the start of this litigation:  I cannot produce what I do not have.

7.     Documents not produced either (a) I do not have in my possession, custody or control; or (b) more likely, such documents simply do not exist. For

1    example, I do not correspond via email with Francisco Márquez at all about this

2    case therefore there are no emails, memos, or letters to produce because they do

3    not exist.

4          8.     Email exchanges with TTC employees that defense counsel says I

5    must have because he found emails to/from these employees that I forwarded

6    from my TTC business email address to *cochesitos1@gmail.com* were sent long

7    before I filed this action, and most while I was still employed by TTC. I had no

8    reason to keep them so they were deleted. I do not have email communications

9    with current or prior TTC employees since TTC wrongfully discharge me in

10   February 2016.

11         9.     If defense counsel refuses to believe that I have nothing more to

12   produce, Defendants are welcomed to have their forensic computer expert

13   conduct a thorough search of my email accounts if they wish. I have nothing to

14   hide.

15

16

17   Dated:  August 17, 2017            Respectfully submitted,

18   _____

19                                      Melissa Martin McBeath

20

21

22

23

24

25

26

27

28

EXHIBIT  A

MELISSA MARTIN McBEATH

3463 E. TERRA ALTA BLVD.

TUCSON, AZ 85716

Ph:  (520) 449-9753

*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA, TUCSON DIVISION

|  |  |
|---|---|
| MELISSA MARTIN MCBEATH,<br>  an individual,<br><br>           Plaintiff,<br><br>        v.<br><br>TUCSON TAMALE COMPANY,<br>  an Arizona corporation,<br><br>           Defendant. | Case No. 4:16-cv-00462-BPV<br><br>**MELISSA MARTIN McBEATH'S RESPONSE TO DEFENDANT TUCSON TAMALE COMPANY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>[Fed. R. Civ. P. 34]<br><br>Assigned to:  Hon. Bernardo P. Velasco<br><br>Complaint Filed:  July 11, 2016 |

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Melissa Martin McBeath ("***Plaintiff***") hereby responds to Defendant Tucson Tamale Company's ("***TTC***") Second Request For Production of Documents:

**RESPONSES TO REQUESTS FOR DOCUMENTS**

**DOCUMENT REQUEST NO. 1:**

Produce any and all documents reflecting communications between you and Francisco X. Marquez [sic] a.k.a. "Xavier Molina" since January 1, 2015 related to TTC's business including, but not limited to:

    a.    E-mail communications;

    b.    Text messages;

    c.    Letters;

    d.    Social media messages;

    e.    Contracts for services;

    f.    Retainer agreements;

    g.    Written memorializations of conversations;

    h.    Invoices; and

    i.    Draft documents utilized to prepare litigation materials.

**RESPONSE**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 2:**

Produce any and all documents reflecting communications between you and Francisco X. Marquez [sic] a.k.a. "Xavier Molina" since January 1, 2015 related to TTC's business including, but not limited to your employment with TTC including, but not limited to:

    a.    E-mail communications;

    b.    Text messages;

    c.    Letters;

d.      Social media messages;

e.      Contracts for services;

f.      Retainer agreements;

g.      Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 3:**

Produce any and all documents reflecting communications between you and Francisco X. Marquez [sic] a.k.a. "Xavier Molina" since January 1, 2015 to your Arizona Civil Rights Division and Equal Employment Opportunity Commission Charge of Discrimination including, but not limited to

a.      E-mail communications;

b.      Text messages;

c.      Letters;

d.      Social media messages;

e.      Contracts for services;

f.      Retainer agreements;

g.      Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 4:**

Produce any and all documents reflecting communications between you and Francisco X. Marquez [sic] a.k.a. "Xavier Molina" since January 1, 2015 related to your Pima County Superior Court case, Case No. C20161794, including, but not limited to:

a.     E-mail communications;

b.     Text messages;

c.     Letters;

d.     Social media messages;

e.     Contracts for services;

f.     Retainer agreements;

g.     Written memorializations of conversations;

h.     Invoices; and

i.     Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 5:**

Produce any and all documents reflecting communications between you and Francisco X. Marquez [sic] a.k.a. "Xavier Molina" since January 1, 2015 related to this lawsuit including, but not limited to:

a.     E-mail communications;

b.     Text messages;

c.     Letters;

d.     Social media messages;

e.     Contracts for services;

f.     Retainer agreements;

g.     Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 6:**

Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 related to TTC's business including, but not limited to:

a.      E-mail communications;

b.      Text messages;

c.      Letters;

d.      Social media messages;

e.      Contracts for services;

f.      Retainer agreements;

g.      Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

Defendant does not seek communications exchanged after May 26, 2016 related only to facts known or opinions held by Ehud Gavron with regard to the TTC's Communication Claim unless a third-party is copied on those communications

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 7:**

Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 related to your employment with TTC including, but not limited to:

a.     E-mail communications;

b.     Text messages;

c.     Letters;

d.     Social media messages;

e.     Contracts for services;

f.     Retainer agreements;

g.     Written memorializations of conversations;

h.     Invoices; and

i.     Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff has already produced whatever documents she has in her possession, custody or control responsive to this request.

**DOCUMENT REQUEST NO. 8:**

Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 to your Arizona Civil Rights Division and Equal Employment Opportunity Commission Charge of Discrimination including, but not limited to

a.     E-mail communications;

b.     Text messages;

c.     Letters;

d.     Social media messages;

e.     Contracts for services;

f.     Retainer agreements;

g.     Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

Defendant does not seek communications exchanged after May 26, 2016 related only to facts known or opinions held by Ehud Gavron with regard to the TTC's Communication Claim unless a third-party is copied on those communications

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 9:**

Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 related to your Pima County Superior Court case, Case No. C20161794, including, but not limited to:

a.      E-mail communications;

b.      Text messages;

c.      Letters;

d.      Social media messages;

e.      Contracts for services;

f.      Retainer agreements;

g.      Written memorializations of conversations;

h.      Invoices; and

i.      Draft documents utilized to prepare litigation materials.

Defendant does not seek communications exchanged after May 26, 2016 related only to facts known or opinions held by Ehud Gavron with regard to the TTC's Communication Claim unless a third-party is copied on those communications.

**RESPONSE:**

With the exception of the two emails Mr. Gavron mistakenly sent to my prior Tucson Tamale Co. email address, and which Defendants have, Plaintiff does not have any more documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 10:**

Produce any and all documents reflecting communications between you and Ehud Gavron since January 1, 2015 related to this lawsuit including, but not limited to:

     a.     E-mail communications;

     b.     Text messages;

     c.     Letters;

     d.     Social media messages;

     e.     Contracts for services;

     f.     Retainer agreements;

     g.     Written memorializations of conversations;

     h.     Invoices; and

     i.     Draft documents utilized to prepare litigation materials.

**RESPONSE:**

Plaintiff does not have any documents in her possession, custody or control responsive to this request because they do not exist.

**DOCUMENT REQUEST NO. 11:**

Produce any and all documents reflecting reflecting communications between you and any other person with whom you have discussed the facts related to this lawsuit for the period of January 1, 2015 to the present date.

**RESPONSE:**

Plaintiff does not have any more documents to produce in her possession, custody or control responsive to this request.

1

2
      Dated:  August 15, 2017

3                                        Melissa Martin McBeath

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**VERIFICATION**

I, Melissa Martin McBeath, declare:

I am the Plaintiff in the above-titled action. I have read the factual responses in

MELISSA MARTIN McBEATH'S RESPONSE TO DEFENDANT TUCSON TAMALE COMPANY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

The factual responses are either true of my own knowledge and belief, or I am informed and believe that they are true.

I declare under penalty of perjury under the laws of the State of Arizona and the United States of America that the foregoing is true and correct.

Executed on August 15, 2017 in Tucson, Arizona.

_____
Melissa Martin McBeath

**CERTIFICATE OF SERVICE**

I, Melissa Martin McBeath, declare as follows:

I am over the age of eighteen years and a party to this action.

---

**MELISSA MARTIN MCBEATH'S RESPONSES TO DEFENDANT TUCSON TAMALE COMPANY'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

---

On August 15, 2017, Plaintiff served a true and correct copy of the within document(s):

☐  by **U.S. MAIL**. Plaintiff placed the document(s) listed above in a sealed envelope, addressed as set forth below, with postage thereon fully prepaid, and deposited such envelope for collection.

☒  by **ELECTRONIC SUBMISSION**. I electronically served the document(s) listed above to the following persons pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. The parties have a written agreement to accept service electronically.

> Roberto C. Garcia
> *rgarcia@fmlaw.law*
> Travis L. Tufts
> *ttufts@fmlaw.law*
> Farhang & Medcoff PLLC
> 4801 E Broadway Blvd., Ste. 311
> Tucson, AZ 85711
> 520-790-5433

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

_____

EXHIBIT  B

MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph:  (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH,<br>   an individual,<br><br>                 Plaintiff,<br>         v.<br><br>TUCSON TAMALE COMPANY, an<br>Arizona corporation;<br>TODD RUSSELL MARTIN;<br>an individual;<br>SHERRY MARTIN, an individual; and<br>LISA MARTIN, an individual,<br><br>                 Defendants.<br>_____<br><br>AND TUCSON TAMALE COMPANY'S<br>RELATED COUNTERCLAIMS | Case No. CV 16-462-TUC-DCB (BPV)<br><br>**MELISSA MARTIN McBEATH'S SUPPLEMENTAL RESPONSE TO SHERRY MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>[Fed. R. Civ. P. 34]<br>_____<br>Assigned to Hon. David C. Bury<br><br>Complaint filed:  July 11, 2016 |

11039.2

Pursuant to Federal Rule of Civil Procedure 34, Melissa Martin McBeath ("*__Plaintiff__*") hereby responds to Defendant Sherry Martin's First Request For Production of Documents:

**DOCUMENT REQUEST NO 1:**

Produce all content in its native form from your personal e-mail mailboxes, including but not limited to *cochesitos1@gmail.com*, relating to:

a.   Tucson Tamale Company
b.   Todd Russell Martin
c.   Sherry Martin
d.   Lisa Martin
e.   Shawn Kaylor
f.   Delaney Hare
g.   Meaghan Anderson
h.   Joshua Cooper
i.   Maximillian Ivankovich
j.   Ernesto Chavez
k.   Ehud Gavron
l.   Francisco Xavier Márquez

**RESPONSE**

Plaintiff has produced all documents in her possession, custody or control responsive to this Request that relate to Tucson Tamale Company, Todd Russell Martin, Sherry Martin, Lisa Martin, Shawn Kaylor, Delaney Hare, Meaghan Anderson and Joshua Cooper.

With respect to Ehud Gavron, I have produced all documents in my possession, custody or control responsive to this request. With respect to Francisco Márquez, I do not have any documents in my possession, custody or control responsive to this request because no such documents exist.

With respect to Maximillian Ivankovich and Ernesto Chavez, I do not have any documents in my possession, custody or control responsive to this request insofar as they relate in any way to the Defendants or this lawsuit.

**VERIFICATION**

I, Melissa Martin McBeath, am thePlaintiff/Counterdefendant in the above-titled action. I have read the factual responses in

**MELISSA MARTIN McBEATH'S RESPONSE TO SHERRY MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

The factual responses are within my own knowledge and I know those facts to be true, except as to those matters stated upon my information and belief, and as to those matters I also believe them to be true.

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated: August 15, 2017 _____

Melissa Martin McBeath

# CERTIFICATE OF SERVICE

I, Melissa Martin McBeath, declare as follows:

I am over the age of eighteen years and a party to this action.

> MELISSA MARTIN MCMEATH'S SUPPLEMENTAL RESPONSE TO SHERRY
> MARTIN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

On August 15, 2017, I served a true and correct copy of the within document(s):

☐ by **U.S. MAIL**. I placed the document(s) listed above in a sealed envelope, addressed as set forth below, with postage thereon fully prepaid, and deposited such envelope for collection.

☐ by **HAND DELIVERY.** I personally delivered the document(s) listed above, addressed as set forth below.

☒ by **ELECTRONIC SUBMISSION.**  I electronically served the document(s) listed above to the following person(s) pursuant to Federal Rules of Civil Procedure 5(b)(2)(E). The parties have a written agreement to accept service electronically.

Roberto C. Garcia
*rgarcia@fmlaw.law*
Travis L. Tufts
*ttufts@fmlaw.law*
Farhang & Medcoff PLLC
4801 E Broadway Blvd., Ste. 311
Tucson, AZ 85711
520-790-5433

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

_____
Melissa Martin McBeath

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

Roberto C. Garcia
*rgarcia@fmlaw.law*
Travis L. Tufts
*ttufts@fmazlaw.law*
Farhang & Medcoff PLLC
4801 E Broadway Blvd., Ste. 311
Tucson, AZ 85711
520-790-5433

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated:  August 17, 2017

_____
Melissa Martin McBeath