MELISSA MARTIN McBEATH
3463 E. TERRA ALTA BLVD.
TUCSON, AZ 85716
Ph:  (520) 449-9753
*mel.mcbeath@cox.net*

Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

| | |
|---|---|
| MELISSA MARTIN McBEATH, an individual, <br><br> Plaintiff, <br> v. <br><br> TUCSON TAMALE COMPANY, an Arizona corporation; <br> TODD RUSSELL MARTIN; an individual; <br> SHERRY MARTIN, an individual; and <br> LISA MARTIN, an individual, <br><br> Defendants. <br> _____ <br><br> AND TUCSON TAMALE COMPANY'S RELATED COUNTERCLAIMS | Case No. CV 16-462-TUC-DCB (BPV) <br><br> OPPOSITION TO DEFENDANTS' MOTION TO STRIKE AND REQUEST FOR SANCTIONS <br><br> _____ <br> Assigned to Hon. David C. Bury <br><br> Complaint filed:  July 11, 2016 |

## LEGAL DISCUSSION

Without citation to any legal authority, Defendants ask the Court to "strike the supplemental legal arguments and authorities found in" Plaintiff's Combined Reply and Opposition Filed in Connection with the Parties' Cross-Motions for Partial Summary Judgment (_**"Combined Brief"**_), dated August 1, 2017. (Dkt 92)

This motion is so bizarre that it scarcely warrants a response. Plaintiff did nothing improper or untoward, certainly nothing that warrants the imposition of sanctions. On May 16, 2017, Plaintiff submitted a nearly-identical brief as the Combined Brief, which was rejected by the Clerk's Office as premature because the Court had not ruled on Defendants' request for leave to file an oversized brief. _See_ Exhibit A. The Combined Brief responds to this oversized brief.

Because the brief submitted on May 16 was never filed, it should not be deemed to be properly before the Court. In other words, the Combined Brief submitted on August 1 is the operative brief.

Defendants' farcical argument that they are prejudiced by the Combined Brief because it is not _**identical**_ to the May 16 brief is beyond the pale. They may address any of the arguments and supporting legal authority in Plaintiff's Combined Brief in their own reply brief, but they may not seek to have them stricken from the record on the false premise that Plaintiff misrepresented that she filed an identical brief as the one submitted on May 16. She did no such thing.

In a footnote Plaintiff merely pointed out that she had previously filed a combined reply/opposition brief on May 16. She did not represent to the Court that the Combined Brief filed on August 1 was identical to the May 16 brief, nor is there is any rule that required Plaintiff to do so. Again, defense counsel has concocted another faux controversy where none exists.

Dated:  August 17, 2017             Respectfully submitted,

                                                              _____
                                                              Melissa Martin McBeath

EXHIBIT A

U.S. District Court - RE: 4:16-cv-00462-DCB-BPV

**U.S. District Court** to mel.mcbeath                                                                                                                       May 17

| Case No. | Doc No. | Plaintiff | Defendant | Entered By | File Date |
|---|---|---|---|---|---|
| 4:16-cv-00462-DCB-BPV | 72 | Melissa MartinMcBeath | Tucson Tamale Company | Melissa Martin McBeath (aty - NO) | 05/16/2017 |

*REPLY to Response to Motion re: [52] MOTION for Partial Summary Judgment *on Counterclaims I, II & III COMBINED REPLY & OPPOSITION TO COUNTERPLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT* filed by Melissa Martin McBeath. (Attachments: # (1) Response to Counterplaintiff's Statement of Facts, # (2) Ehud Gavron Declaration, # (3) Maximilian Ivankovich Declaration)(McBeath, Melissa Martin) *Modified to correct event type on 5/17/2017 (MFR).

### QAX History For 4:16-cv-00462-DCB-BPV

| Date | User | Status | Resolution | Comment |
|---|---|---|---|---|
| 05/17/2017 | mrodriguez | Incorrect event selected | E-Mail Sent | |

This document is responding/replying to a Proposed Lodged Document which is awaiting a ruling from the Court. Once the Motion for Leave at Doc. 65 is ruled on, if granted, the Combined Opposition to Counterdefendant's Partial Summary Judgment and Counterplaintiff's Cross-Motion for Partial Summary Judgment will be officially filed and be part of the docket. At that time, this reply/response will need to be re-filed.

This email is generated from an automated, unmonitored account and is for informational purposes only. Do not respond to this email.

# CERTIFICATE OF SERVICE

I hereby certify that the above document was filed electronically with the Clerk of the United States District Court for the District of Arizona, and was served via hyperlink generated by the court's CM/ECF system, which was sent electronically to:

> Roberto C. Garcia
> *rgarcia@fmlaw.com*
> Travis L. Tufts
> *ttufts@fmlaw.com*
> Farhang & Medcoff PLLC
> 4801 E Broadway Blvd., Ste. 311
> Tucson, AZ 85711
> 520-790-5433

I declare under penalty of perjury, pursuant to 28 U.S.C. section 1746, that the foregoing is true and correct.

Dated:  August 17, 2017

_____
Melissa Martin McBeath