IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>   Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, et al.,<br><br>   Defendants.<br><br>Tucson Tamale Company,<br><br>   Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath, et. al.,<br><br>   Counterdefendants. | No. CV-16-00462-TUC-DCB (BPV)<br><br>**ORDER** |

Upon review of Defendants' Motion to Strike and Request for Sanctions (Doc. 93) with regard to Doc. 92, and Plaintiff's Opposition and attachment (Doc. 96) the Court does not require a Reply to resolve the instant Motion.

At the time Plaintiff filed her Combined Reply and Opposition Filed in Connection with the Parties' Cross-Motions for Partial Summary Judgment (Doc. 72), Tucson Tamale Company's Combined Opposition and Motion (Docs. 68, 69), which Plaintiff was addressing with Doc. 72, was lodged pending the Court's ruling on Tucson Tamale Company's motion to exceed page limit. In light of the fact that the Clerk of

Court directed Plaintiff to re-file her Combined Reply and Opposition once Tucson Tamale Company's Combined Motion and Opposition was officially filed (*see* Doc. 96 at 4),

IT IS ORDERED that:

(1) Defendant's Motion to Strike and Request for Sanctions (Doc. 93) is DENIED;

(2) the Court will accept Plaintiff's August 1, 2017 Combined Reply and Opposition filed in Connection with the Parties' Cross-Motions for Partial Summary Judgment (Doc. 92); and

(3) Defendant Tucson Tamale Company may file an amended reply in Support of its Cross-Motion for Partial Summary Judgment no later than **September 15, 2017.** The amended reply shall take the place of the original reply filed at Doc. 76. If no amended reply is filed on or before September 15, 2017, the Court will consider Tucson Tamale Company's May 31, 2017 "Reply in Support of TTC's Cross-Motion for Partial Summary Judgment" (Doc. 76) in resolving the pending cross-motions for partial summary judgment.

The Clerk of Court is DIRECTED to strike Plaintiff's Doc. 72 to avoid any further confusion.

Dated this 23rd day of August, 2017.

_____
Bernardo P. Velasco
United States Magistrate Judge