# Exhibit A

# Tish Wright

| | |
|---|---|
| **From:** | Travis L. Tufts |
| **Sent:** | Friday, July 21, 2017 3:51 PM |
| **To:** | Mel McBeath |
| **Cc:** | Robert Garcia; Jamie Archibald; Tish Wright; Lynn Salcido |
| **Subject:** | McBeath v. Tucson Tamale Co. |
| **Attachments:** | 2017 0623 Melissa Martin McBeath's Response to Sherry Martin's First Req....pdf; 2017 0721 Order regarding outstanding motions (Doc No 84) (00334356xC01F....pdf; 2017 0721 Order Setting Rule 16 Scheduling Conference (00334357xC01F0).PDF; Defendant's Second Set of Requests for Production to Plaintiff (00334420xC01F0).PDF; RE: reschedule |

Ms. McBeath,

I write to follow up on a few matters in this case. First, when we met two weeks ago to discuss your responses to Sherry Martin's requests for production, I narrowed the scope of the request and you agreed to a production within 10 days of that meeting. I confirmed this in an e-mail, attached, and received no response from you indicating your inability to produce the e-mails within the stated timeframe. My calendar shows that the 10 day deadline expired on Monday of this week (July 17, 2017). We have not received your responses and/or the privilege log. When can we expect your responses? We prefer not to file a motion to compel on this issue but will be forced to do so if you do not produce the e-mails within 1 week from today.

Second, as I am sure you have seen or will see in the Court's Order, attached, the Court denied your Motion for a Protective Order to Shield Francisco Marquez from discovery in its entirety. Additionally, the Court granted your motion to shield Ehud Gavron but only with respect to discovery "related to facts known or opinions held by him with regard to the [Stored Communications Act] claim after May 26, 2016." In light of the Court's rulings and with regard to your anticipated production from your cochesitos@gmail.com address, please include all correspondence with Francisco Marquez and all non-SCA correspondence with Mr. Gavron within 1 week from today. I assume that, since you were initially planning on identifying this correspondence in a privilege log, the correspondence is readily available for production without further delay.

Third, attached please find Defendant's Second Set of Requests for Production in this case. Please let me know if you are unable to open the attachment. We will send a hard-copy in the mail as well.

Fourth, and as we discussed and agreed in your deposition, we want to schedule your deposition on the matters now deemed discoverable by the Court. Please provide us a set of dates you are available the week of August 13th and the week of August 20th.

And last, the Court's Rule 16 Scheduling Order, attached, sets a Rule 16 scheduling conference on August 1, 2017. Therein, the Court asks the parties to confer at least 21 days in advance of the conference to discuss Rule 26(f) topics and then file a joint report reflecting the discussions five (5) days before the hearing. By my calendar that makes our joint report due next Thursday, July 27, 2017. Since we are facing a short turnaround time to prepare the joint report, can you meet with either us early next week to discuss Rule 26(f) and the proposed deadlines requested in the Order? Please let us know your availability as soon as possible.

Thanks and have a nice weekend.

Travis

**FARHANG MEDCOFF**
Attorneys

**Travis L. Tufts**
**Effective May 1, 2017: ttufts@fmlaw.law**
Profile | vCard
4801 East Broadway Boulevard  Suite 311  Tucson, Arizona 85711
General: 520.790.5433   Direct: 520.398.7466   Fax: 520.790.5736
www.fmlaw.law

# Exhibit B

# Tish Wright

| | |
|---|---|
| **From:** | Travis L. Tufts |
| **Sent:** | Thursday, August 17, 2017 12:13 PM |
| **To:** | 'Mel McBeath' |
| **Cc:** | Robert Garcia; Tish Wright; Lynn Salcido; Jamie Archibald |
| **Subject:** | FW: McBeath v. Tucson Tamale Co. |

Good Afternoon Ms. McBeath,

Following up on my e-mails from July 21 and August 3, below, I have not received a response from you on some of the items discussed in the e-mails, including dates you are available for deposition.  Please let me know some dates of availability as soon as possible.

Regards,

Travis

**FARHANG  MEDCOFF**
Attorneys

**Travis L. Tufts**
Profile  vCard
4801 East Broadway Boulevard  Suite 311  Tucson, Arizona 85711
General: 520.790.5433   Direct: 520.398.7466   Fax: 520.790.5736
www.fmlaw.law


**From:** Travis L. Tufts
**Sent:** Thursday, August 3, 2017 3:27 PM
**To:** 'Mel McBeath' <mel.mcbeath@cox.net>
**Cc:** Robert Garcia <rgarcia@fmlaw.law>; Jamie Archibald <jarchibald@fmlaw.law>; Tish Wright <twright@fmlaw.law>; Lynn Salcido <lsalcido@fmlaw.law>
**Subject:** RE: McBeath v. Tucson Tamale Co.

Hello Ms. McBeath,

Following up on my e-mail below, we would like to schedule your deposition on September 13, 2017.  Please let me know if this date works for you.

Thanks,

Travis

**FARHANG  MEDCOFF**
Attorneys

**Travis L. Tufts**
**Effective May 1, 2017:** ttufts@fmlaw.law
Profile  vCard
4801 East Broadway Boulevard  Suite 311  Tucson, Arizona 85711
General: 520.790.5433   Direct: 520.398.7466   Fax: 520.790.5736
www.fmlaw.law

1

**From:** Travis L. Tufts
**Sent:** Friday, July 21, 2017 3:51 PM
**To:** 'Mel McBeath' <mel.mcbeath@cox.net>
**Cc:** Robert Garcia <rgarcia@fmlaw.law>; Jamie Archibald <jarchibald@fmlaw.law>; Tish Wright <twright@fmlaw.law>; Lynn Salcido <lsalcido@fmlaw.law>
**Subject:** McBeath v. Tucson Tamale Co.

Ms. McBeath,

I write to follow up on a few matters in this case.  First, when we met two weeks ago to discuss your responses to Sherry Martin's requests for production, I narrowed the scope of the request and you agreed to a production within 10 days of that meeting.  I confirmed this in an e-mail, attached, and received no response from you indicating your inability to produce the e-mails within the stated timeframe.  My calendar shows that the 10 day deadline expired on Monday of this week (July 17, 2017).  We have not received your responses and/or the privilege log.  When can we expect your responses?  We prefer not to file a motion to compel on this issue but will be forced to do so if you do not produce the e-mails within 1 week from today.

Second, as I am sure you have seen or will see in the Court's Order, attached, the Court denied your Motion for a Protective Order to Shield Francisco Marquez from discovery in its entirety.  Additionally, the Court granted your motion to shield Ehud Gavron but only with respect to discovery "related to facts known or opinions held by him with regard to the [Stored Communications Act] claim after May 26, 2016."  In light of the Court's rulings and with regard to your anticipated production from your cochesitos@gmail.com address, please include all correspondence with Francisco Marquez and all non-SCA correspondence with Mr. Gavron within 1 week from today.  I assume that, since you were initially planning on identifying this correspondence in a privilege log, the correspondence is readily available for production without further delay.

Third, attached please find Defendant's Second Set of Requests for Production in this case.  Please let me know if you are unable to open the attachment.  We will send a hard-copy in the mail as well.

Fourth, and as we discussed and agreed in your deposition, we want to schedule your deposition on the matters now deemed discoverable by the Court.  Please provide us a set of dates you are available the week of August 13th and the week of August 20th.

And last, the Court's Rule 16 Scheduling Order, attached, sets a Rule 16 scheduling conference on August 1, 2017.  Therein, the Court asks the parties to confer at least 21 days in advance of the conference to discuss Rule 26(f) topics and then file a joint report reflecting the discussions five (5) days before the hearing.  By my calendar that makes our joint report due next Thursday, July 27, 2017.  Since we are facing a short turnaround time to prepare the joint report, can you meet with either us early next week to discuss Rule 26(f) and the proposed deadlines requested in the Order?  Please let us know your availability as soon as possible.

Thanks and have a nice weekend.

Travis


**FARHANG  MEDCOFF**
Attorneys

**Travis L. Tufts**
**Effective May 1, 2017:** ttufts@fmlaw.law
Profile | vCard

2

4801 East Broadway Boulevard | Suite 311 | Tucson, Arizona 85711
General: 520.790.5433 | Direct: 520.398.7466 | Fax: 520.790.5736
www.fmlaw.law