# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, et al.,<br><br>　　　　　Defendants.<br>───────────────────────<br>Tucson Tamale Company,<br><br>　　　　　Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath, et. al.,<br><br>　　　　　Counterdefendants. | No. CV-16-00462-TUC-DCB (BPV)<br><br>**ORDER** |

　　　In light of the Notice of Settlement (Doc. 100),

　　　IT IS ORDERED that the parties shall have until **September 28, 2017** to file a stipulation and form of order for dismissal.

　　　Dated this 28th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernardo P. Velasco
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge