FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>                    Defendants. | NO. CV 16-462-TUC-DCB (BPV)<br><br>**UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE STIPULATION FOR DISMISSAL**<br><br>Assigned to Judge David C. Bury and Hon. Bernardo P. Velasco |
| Tucson Tamale Company, an Arizona corporation,<br><br>                    Counterplaintiff,<br><br>          v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>                    Counterdefendants. | |

00344840.1

Defendants Tucson Tamale Company, Todd Russell Martin, Sherry Martin and Lisa Martin (collectively "TTC") request the Court grant an additional 30 days for the parties to submit their stipulation and order of dismissal. The parties have not yet been able to agree on the terms of the settlement agreement but anticipate reaching an agreement and filing the stipulation and order of dismissal within the next 30 days.

DATED this 28th day of September 2017.

FARHANG & MEDCOFF

By Travis L. Tufts
  Ali J. Farhang
  Roberto C. Garcia
  Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 28th day of September 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
cochesitos1@gmail.com

/s/ Zulema Fesler

00344840.1