FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>Defendants. | NO. CV 16-462-TUC-DCB<br><br>**NOTICE OF FAILURE TO REACH SETTLEMENT**<br><br>Assigned to Hon. David C. Bury |
| Tucson Tamale Company, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>Counterdefendants. | |

00346205.1

Defendants/Counterplaintiffs, by and through undersigned counsel, hereby give notice that the parties were unable to reach a compromise regarding the terms of a formal settlement agreement. Accordingly, Defendants/Counterplaintiffs withdraw their Notice of Settlement dated August 28, 2017 (Doc. No. 100), and will proceed with discovery. Defendants/Counterplaintiffs respectfully request that the Court move forward with its disposition of the five motions currently pending.

RESPECTFULLY SUBMITTED this 5th day of October 2017.

FARHANG & MEDCOFF

By /s/Roberto C. Garcia
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 5th day of October 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
mel.mcbeath@cox.net

/s/Letitia L. Wright

00346205.1