# FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual, | NO. CV-16-462-TUC-DCB |
| Plaintiff, | **NOTICE OF SETTLEMENT AND DEFENSE COUNSEL'S CONTACT INFORMATION FOR RULE 16 SCHEDULING CONFERENCE** |
| v. | |
| Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual, | Assigned to Judge David C. Bury |
| Defendants. | |
| Tucson Tamale Company, an Arizona corporation, | |
| Counterplaintiff, | |
| v. | |
| Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife, | |
| Counterdefendants. | |

00349673.1

Pursuant to the Court's October 2, 2017 Order (Doc. No. 104), the parties were ordered to confer and file a Joint Case Management Plan if a Stipulation for Dismissal was not filed before October 17, 2017.  The parties did not file a Stipulation for Dismissal before the deadline because the they were unable to reach a compromise regarding the terms of a formal settlement agreement.  (See, e.g., Notice of Failure to Reach Settlement (Doc. No. 105).)  Notwithstanding, the parties continued to negotiate the terms of a formal settlement agreement, ultimately reached an agreement, and executed that agreement on or about October 27, 2017.  If not revoked beforehand, the settlement agreement will become effective November 4, 2017 – three (3) days before the currently scheduled Rule 16 Scheduling Conference – and Defendants/Counterplaintiffs anticipate filing a Stipulation for Dismissal prior to the Rule 16 Scheduling Conference.

Assuming the Court will proceed with the Rule 16 Scheduling Conference, and in accordance with the Court's Order, Defense counsel may be reached directly by telephone at the following number: 520-398-7466.

DATED this 2nd day of November 2017.

FARHANG & MEDCOFF

By Travis L. Tufts
   Ali J. Farhang
   Roberto C. Garcia
   Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

00349673.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 2nd day of November 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
cochesitos1@gmail.com

/s/ Zulema Fesler

00349673.1