# FARHANG & MEDCOFF

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433

Ali J. Farhang (#019456)
afarhang@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Travis L. Tufts (#029373)
ttufts@fmlaw.law

Attorneys for Defendants / Counterplaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melissa Martin McBeath, an individual, | NO. CV 16-462-TUC-DCB |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | Assigned to Judge David C. Bury |
| Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual, | |
| Defendants. | |
| Tucson Tamale Company, an Arizona corporation, | |
| Counterplaintiff, | |
| v. | |
| Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife, | |
| Counterdefendants. | |

00340737.1

Plaintiff/Counterdefendant Melissa Martin McBeath and Defendants/Counterclaimants Tucson Tamale Company, Todd Martin, Sherry Martin and Lisa Martin, hereby stipulate, agree, and jointly move this Court to enter an Order dismissing all claims and counterclaims asserted in this action, with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 6th day of November 2017.

FARHANG & MEDCOFF

By /s/Melissa Martin McBeath (w/permission)
Melissa Martin McBeath
Plaintiff pro per

By /s/Roberto C. Garcia
Ali J. Farhang
Roberto C. Garcia
Travis L. Tufts

Attorneys for Defendants / Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 6th day of November 2017 to:

Melissa Martin McBeath
3463 E. Terra Alta Blvd.
Tucson, AZ 85716
mel.mcbeath@cox.net

/s/ Zulema Fesler

00340737.1