# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>Defendants. | NO. CV 16-462-TUC-DCB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Assigned to Judge David C. Bury |
| Tucson Tamale Company, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>Counterdefendants. | |

The Court having considered the Joint Motion to Dismiss with Prejudice submitted by the parties, and good cause appearing,

**IT IS ORDERED** that all claims and counterclaims asserted in this action are hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

00340747.1