# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Martin McBeath, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Tucson Tamale Company, an Arizona corporation; Todd Russell Martin, an individual; Sherry Martin, an individual; and Lisa Martin, an individual,<br><br>Defendants. | NO. CV 16-462-TUC-DCB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Assigned to Judge David C. Bury |
| Tucson Tamale Company, an Arizona corporation,<br><br>Counterplaintiff,<br><br>v.<br><br>Melissa Martin McBeath and John/Jane Doe Martin McBeath, husband and wife,<br><br>Counterdefendants. | |

The Court having considered the Joint Motion to Dismiss with Prejudice submitted by the parties, and good cause appearing,

/ / /

/ / /

/ / /

/ / /

00340747.1

**IT IS ORDERED** that all claims and counterclaims asserted in this action are hereby dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 6th day of November, 2017.

_____
Honorable David C. Bury
United States District Judge

00340747.1